## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

| | | |
|---|---|---|
| SILVER SPRING JEWISH CENTER, INC., *et al.*, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | No. 8:26-cv-2963 |
| v. | ) ) ) | |
| MONTGOMERY COUNTY, MARYLAND, *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

## PLAINTIFFS' MOTION FOR
## TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Silver Spring Jewish Center and Rabbi J. Menashe Shapiro hereby jointly move for a temporary restraining order or preliminary injunction barring Defendants from enforcing or otherwise giving effect to Montgomery County Expedited Bill No. 23-26 ("EB23-26")'s prohibition on carrying firearms inside places of worship and within 100 yards of so-called "places of public assembly," as defined in EB23-26 (the "Ban").

As set forth in more detail in the accompanying memorandum, Plaintiffs are likely to succeed on the merits of their claim that Defendants violated the First, Second, and Fourteenth Amendments of the U.S. Constitution. Plaintiffs are suffering and will continue to suffer irreparable injury absent the requested relief, and the balance of equities and public interest are in Plaintiff's favor.

Pursuant to Federal Rule of Civil Procedure 65(a), at 11:44 a.m. on July 21, 2026, Plaintiff Rabbi J. Menashe Shapiro emailed Montgomery County Attorney, John P. Markovs, and State's Attorney for Montgomery County, John McCarthy, to provide actual notice that Plaintiffs intended to file a complaint and motion for temporary restraining order or preliminary injunction following the signing of EB23-26 by Defendant Marc Elrich. On July 29, 2026, Plaintiffs provided a copy of the complaint after filing and also provided this motion and the accompanying memorandum, declarations, and proposed order to John P. Markovs and John McCarthy.

Plaintiffs respectfully ask this Court to enter a temporary restraining order or preliminary injunction prohibiting Defendants from enforcing the Ban.

Dated: July 30, 2026

Respectfully Submitted,

/s/ Andrew J. Morris
Andrew J. Morris
Jacob Huebert*
New Civil Liberties Alliance
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22203
(202) 869-5210
andrew.morris@ncla.legal
jacob.huebert@ncla.legal
* Application for pro hac vice
admission forthcoming

Attorneys for Plaintiff Silver Spring
Jewish Center

/s/ J. Menashe Shapiro
Rabbi J. Menashe Shapiro,
Pro Se Plaintiff
805 Whittington Terrace
Silver Spring, Maryland 20901
T: (216) 645-2094
F: (216) 387-3736
RabbiMenasheShapiro@gmail.com

3