# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| SILVER SPRING JEWISH CENTER, INC., ET AL.    ) ) ) ) | |
| Plaintiffs,    ) ) ) | Civil Action No. _____ |
| v.    ) ) ) | |
| MONTGOMERY COUNTY, MARYLAND, et al.,    ) ) ) | |
| Defendants.    ) ) | |

**DECLARATION OF PLAINTIFF RABBI J. MENASHE SHAPIRO
IN SUPPORT OF PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**

I, Rabbi J. Menashe Shapiro, declare as follows:

1.      I am a Plaintiff in this matter. I am unrepresented by counsel and am proceeding pro se. I am not a member of the bar of this Court or any other bar; however, I am a law student at the Georgetown University Law Center.

2.      On July 22, 2026, I received notice from the Montgomery County Legislation Information Management System that Expedited Bill EB23-26 ("EB23-26") had been enacted by the County Council of Montgomery County. According to a press release released by Montgomery County, Defendant Marc Elrich planned to sign EB23-26 as of yesterday, July 27, at 12:30 p.m. (the "Signing Ceremony"). A copy of this press release is available here: https://www.montgomerycountymd.gov/news/montgomery-county-executive-marc-elrich-hold-bill-signing-firearms-safety-legislation.

3. Although Montgomery County has not updated the Montgomery County Legislation Information Management System to show that EB23-26 has been signed by Defendant Elrich, I watched a video released by Defendant Montgomery County of the Signing Ceremony. A link to that video is available here: https://www.youtube.com/watch?v=DDmGoJZ0kuk.

4. EB23-26 purported to take effect immediately on passage by the Montgomery County Council and approval by Defendant Marc Elrich.

5. At the Signing Ceremony, Defendant Yamada referred to EB23-26 as a "necessary tool," which I understand to mean that enforcement of EB23-26 will begin promptly.

6. A press release released by Defendant Marc Elrich's office indicates that he supported the precursor to EB23-26, Emergency Bill 21-22. A link to that press release is available here:

https://www2.montgomerycountymd.gov/mcgportalapps/Press_Detail.aspx?Item_ID=43687.

7. In the same press release, Defendant Marc Elrich indicated that he was "pleased" that Montgomery County will continue to enforce its prohibition on the carrying of firearms at "church[es]" and other houses of worship.

8. I have no reason to doubt that Defendant Elrich will not be similarly pleased to enforce the revised legislation, especially as it pertains to the carrying of firearms in houses of worship.

9. It is my sincerely held religious belief that Jewish law requires me to carry a firearm for personal, family, and communal protection. It is also my sincerely held religious belief that this requirement, like other requirements of Jewish law, is to be performed personally and not by others.

10.     I regularly attend communal prayer at synagogues in Montgomery County. I serve on the security committee of one such synagogue. I typically am at a synagogue for communal prayer and textual study as early as 6:00 a.m. and leave at 10:00 p.m. I hold a Wear and Carry permit issued by the Maryland State Police. But for EB23-26, I would carry my firearm to synagogue.

11.     On the Sabbath and Jewish holidays, my sincerely held religious beliefs require that I walk to the synagogue for communal prayer. The only path between my house and my synagogue requires me to walk within 100 yards of two public schools, two private schools, two parks, and three other houses of worship.

12.     I am concerned for my safety knowing that I can no longer defend myself or my community, especially since Montgomery County has widely publicized EB23-26's disarming effect on houses of worship.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 28th day of July, 2026.

_____
Rabbi J. Menashe Shapiro

3