# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

| | | |
|---|---|---|
| SILVER SPRING JEWISH CENTER, INC., ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| MONTGOMERY COUNTY, MARYLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF RABBI YAAKOV GREINIMAN
## IN SUPPORT OF PLAINTIFFS' MOTION FOR
## TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

I, Rabbi Yaakov Greiniman, declare as follows:

1.      I am an ordained, Orthodox Jewish rabbi and I currently serve as the Senior Rabbi of the Silver Spring Jewish Center ("SSJC"). SSJC is a synagogue based in Montgomery County, Maryland. As an Orthodox synagogue, SSJC is committed to the strict observance of Jewish law (*halacha*). My responsibilities include ruling on matters of *halacha* and ensuring the safe and smooth operations of SSJC.

2.      Especially since the events of October 7, 2023, antisemitic incidents have threatened the normal operations of SSJC. For example, in October of 2024, a visibly Jewish member of our synagogue was attacked just outside the building. More recently, on June 9, 2026, at 6:27 a.m., an individual that we did not recognize attempted to gain entry to SSJC. Thankfully, he was unable to gain entrance to the synagogue.

3. To ensure the synagogue's safety, SSJC has implemented a comprehensive security plan. This includes upgrades to our infrastructure and security protocol training for members of the synagogue.

4. A central feature of our security plan is our armed volunteer security team (the "Security Team"). Although we have never prohibited members from carrying firearms in the synagogue, we organized the Security Team in the wake of the October 7 attacks in the Middle East. For practical and *halachic* reasons, we rely primarily on volunteer members of the synagogue.

5. Practically, the Security Team, as members of the synagogue, are naturally familiar with the layout of the synagogue and are known to the other members. In the event of an incident, I believe they are better equipped to respond than hired security or even the police.

6. Our security team is highly qualified and trains extensively. Many of the members of the security team are former members of the military and every member has undergone the extensive process required by the State of Maryland to be licensed to carry a firearm. As a group, the security team trains together at least quarterly. It is my understanding that the members of the group individually train on a biweekly basis.

7. *Halachically*, reliance on volunteer members of the community is preferred under Jewish law. Talmudic and later religious sources command Jews to proactively provide their own security and the security of other Jews. Due to the threat environment we face, it is a religious obligation to ensure that at least some of the members carry firearms.

8. Although we hire one armed guard for much of the day, we do so only as a supplement to our volunteer team.

2

9. Even if we would want to, it would be prohibitively expensive to hire an armed guard for the entirety of our operations. We conduct six prayer services each weekday and three considerably longer services during the Sabbath and Jewish holidays. The earliest of these services starts at 6:50 a.m. and the latest finishes at approximately 9:45 p.m. Outside of formal prayer times, our sanctuary is open for the study of Jewish texts. There are usually people in the synagogue from 6:00 a.m. until 11:00 p.m. each day.

10. Montgomery County, Maryland Expedited Bill 23-26 ("EB23-26") disrupts our security plan and threatens our security. We have never had, and I consider it unlikely that we ever would have, a security or safety risk because of an armed member of the synagogue. On the other hand, having armed members of the synagogue helps ensure our safety and compliance with Jewish law.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 28th day of July, 2026.

_Yakov_

Rabbi Yaakov Greiniman

3