**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| SILVER SPRING JEWISH CENTER, INC., *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | No. 8:26-cv-2963 |
| v. | ) | |
| | ) | |
| MONTGOMERY COUNTY, MARYLAND, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order or Preliminary Injunction, the Memorandum in Support thereof (ECF No. __), and the record herein, the Court finds, for the reasons stated therein, that Plaintiffs have shown: (1) a likelihood of success on the merits of their claims under the Second Amendment, the Free Exercise Clause, the Establishment Clause, and the Equal Protection Clause; (2) that they will suffer immediate and irreparable injury before Defendants can be heard in opposition; (3) that the balance of equities favors Plaintiffs; and (4) that the issuance of a temporary restraining order is in the public interest.

Because immediate and irreparable injury will result to Plaintiffs before Defendants can be heard in opposition, and because Plaintiffs' counsel has certified in writing, pursuant to Fed. R. Civ. P. 65(b)(1)(B), the efforts made to give notice to Defendants and the reasons why notice should not be required, this Order is issued without notice to Defendants.

IT IS, on this _____ day of ________________, 2026, at _______ [a.m./p.m.], HEREBY ORDERED that Plaintiffs' Motion for a Temporary Restraining Order is GRANTED; and it is further

ORDERED that Defendants Montgomery County, Maryland; Marc Elrich; Marc R. Yamada; and John McCarthy, together with their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order, are TEMPORARILY RESTRAINED from enforcing Montgomery County Code §§ 57-1 and 57-11(a)(1) against Plaintiffs Silver Spring Jewish Center, Inc. and Rabbi J. Menashe Shapiro, to the extent those provisions prohibit Plaintiffs from selling, transferring, possessing, or transporting a handgun, rifle, or shotgun, or ammunition or a major component of any such firearm, in a place of worship or within 100 yards of a place of assembly; and it is further

ORDERED that, pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs shall not be required to give security for the issuance of this Order; and it is further

ORDERED that this Temporary Restraining Order shall expire fourteen (14) days from the date and time of its issuance stated above, that is, on ________________, 2026, at _______ [a.m./p.m.], unless before that time the Court, for good cause, extends it for a like period, or Defendants consent to a longer extension; and it is further

ORDERED that a hearing on Plaintiffs' Motion for a Preliminary Injunction shall be held on ________________, 2026, at _______ [a.m./p.m.], in Courtroom ____ of the United States

District Court for the District of Maryland, Southern Division, 6500 Cherrywood Lane, Greenbelt, Maryland 20770; and it is further

ORDERED that Plaintiffs shall forthwith serve a copy of this Order, together with the Complaint and all papers filed in support of the Motion for a Temporary Restraining Order or Preliminary Injunction, on Defendants.

SO ORDERED.

Dated:

__________________________________

Hon. Deborah K. Chasanow

United States District Judge