**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| SILVER SPRING JEWISH CENTER, INC., *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | No. 8:26-cv-2963 |
| v. | ) | |
| | ) | |
| MONTGOMERY COUNTY, MARYLAND, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order or Preliminary Injunction, the Memorandum in Support thereof (ECF No. __), and the record herein, the Court finds, for the reasons stated in the accompanying Memorandum Opinion, that Plaintiffs have shown: (1) a likelihood of success on the merits of their claims under the Second Amendment, the Free Exercise Clause, the Establishment Clause, and the Equal Protection Clause; (2) that they are likely to suffer irreparable harm absent preliminary relief; (3) that the balance of equities favors Plaintiffs; and (4) that a preliminary injunction is in the public interest.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion for a Preliminary Injunction is GRANTED; and it is further

ORDERED that Defendant Montgomery County, Maryland, and each other Defendant named in the Complaint, together with their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order, are PRELIMINARILY ENJOINED from enforcing Montgomery County Code §§ 57-1 and 57-11(a)(1) against Plaintiffs Silver Spring Jewish Center, Inc. and Rabbi J.

Menashe Shapiro, to the extent those provisions prohibit Plaintiffs from selling, transferring, possessing, or transporting a handgun, rifle, or shotgun, or ammunition or a major component of any such firearm, in a place of worship or within 100 yards of a place of assembly; and it is further

ORDERED that, pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs shall not be required to give security for the issuance of this; and it is further

ORDERED that this Preliminary Injunction shall remain in effect pending the final resolution of this action on the merits or until further order of this Court.

SO ORDERED.

Dated:

__________________________________

Hon. Deborah K. Chasanow

United States District Judge