# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| Siliver Spring Jewish Center, Inc.; Rabbi J. Menashe Shapiro<br>*Plaintiff(s)* | |
| v. | Civil Action No. 8:26-cv-2963 |
| Montgomery County, Maryland, et al.<br>*Defendant(s)* | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* John McCarthy
Montgomery County State's Attorney
50 Maryland Avenue
5th Floor, North Tower
Rockville, MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew J. Morris, New Civil Liberties Alliance, 4250 N. Fairfax Dr., Suite 300, Arlington, VA 22203

J. Menashe Shapiro, 805 Whittington Terrace, Silver Spring, MD 20901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court · The District Of Maryland

Date: 07/30/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:26-cv-2963

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* John McCarthy, Montgomery County State's Attorney

was received by me on *(date)* July 30, 2026 .

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because ____________________ ; or

☑ Other *(specify)*:
On July 30, 2026, I personally served the summons and complaint on Margaret Freiss, Circuit Court Program Manager for Montgomery County State's Attorney John McCarthy, who accepted the same on behalf of John McCarthy.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 31, 2026

[signature]
*Server's signature*

Bayla Y. Shapiro
*Printed name and title*

805 Whittington Terrace
Silver Spring, MD 20901
*Server's address*

Additional information regarding attempted service, etc:

In addition to the complaint and summons, I served a copy of Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction, Memorandum in Support of Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction, and all exhibits.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

Siliver Spring Jewish Center, Inc.; Rabbi J. Menashe Shapiro

*Plaintiff(s)*

v.

Montgomery County, Maryland, et al.

*Defendant(s)*

Civil Action No. 8:26-cv-2963

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Marc Elrich, County Executive
Montgomery County, Maryland
101 Monroe Street, Second Floor
Rockville, MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew J. Morris, New Civil Liberties Alliance, 4250 N. Fairfax Dr., Suite 300, Arlington, VA 22203

J. Menashe Shapiro, 805 Whittington Terrace, Silver Spring, MD 20901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court · The District Of Maryland

Date: 07/30/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:26-cv-2963

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Marc Elrich, County Executive of Montgomery County, Maryland

was received by me on *(date)* July 30, 2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*:
On July 30, 2026, I personally served the summons and complaint on Jessica M. Jones, Correspondence Manager for County Executive Marc Elrich, who accepted the same on behalf of Marc Elrich.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 31, 2026

[signature]
*Server's signature*

Bayla Y. Shapiro
*Printed name and title*

805 Whittington Terrace
Silver Spring, MD 20901
*Server's address*

Additional information regarding attempted service, etc:

In addition to the complaint and summons, I served a copy of Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction, Memorandum in Support of Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction, and all exhibits.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| Siliver Spring Jewish Center, Inc.; Rabbi J. Menashe Shapiro<br>*Plaintiff(s)*<br>v.<br>Montgomery County, Maryland, et al.<br>*Defendant(s)* | ) | Civil Action No. 8:26-cv-2963 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Montgomery County, Maryland
101 Monroe Street, Third Floor
Rockville, MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew J. Morris, New Civil Liberties Alliance, 4250 N. Fairfax Dr., Suite 300, Arlington, VA 22203

J. Menashe Shapiro, 805 Whittington Terrace, Silver Spring, MD 20901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/30/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:26-cv-2963

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Montgomery County, Maryland

was received by me on *(date)* July 30, 2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*:
On July 30, 2026, I personally served the summons and complaint on Rebecca Rieck, Administrative Aide to Montgomery County Attorney John P. Markovs, who accepted the same on behalf of Montgomery County.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 31, 2026

Bayla Shapiro
*Server's signature*

Bayla Y. Shapiro
*Printed name and title*

805 Whittington Terrace
Silver Spring, MD 20901
*Server's address*

Additional information regarding attempted service, etc:

In addition to the complaint and summons, I served a copy of Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction, Memorandum in Support of Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction, and all exhibits.