**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| SILVER SPRING JEWISH CENTER, INC., *et al.*, | : | |
| | : | |
| *Plaintiffs*, | : | Case No.: 8:26-cv-02963-DKC |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY, MARYLAND, *et al.* | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT:

Please enter the appearances of Jeffrey M. Schwaber, Deanna L. Peters, and Ritozeh A. Saingbe in this case for Defendants, Montgomery County, Maryland and Marc Elrich.

All certify that they are admitted in this Court.

Dated: August 3, 2026

Respectfully submitted,

**STEIN SPERLING BENNETT**
**DE JONG DRISCOLL PC**

By: /s/ Jeffrey M. Schwaber

Jeffrey M. Schwaber (Bar ID #06095)
jschwaber@steinsperling.com
(301) 354-8110 (facsimile)
Deanna L. Peters (Bar ID #15674)
dpeters@steinsperling.com
Ritozeh A. Saingbe (Bar ID #32444)
rsaingbe@steinsperling.com
(301) 354-8131 (facsimile)
1101 Wootton Parkway, Suite 700
Rockville, Maryland 20852
(301) 340-2020

*Attorneys for Defendant,*
*Montgomery County, Maryland and Marc Elrich*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
1101 WOOTTON PARKWAY SUITE 700
ROCKVILLE, MARYLAND 20852

TELEPHONE 301-340-2020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of August, 2026, a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via the Court's ECF Filing System, and with a copy electronically mailed and via first class-mail postage prepaid to the following:

Jacob Huebert
4250 N. Fairfax Drive, Suite 300
Arlington, Virginia 22203
jacob.huebert@ncla.legal

Rabbi J. Menashe Shapiro
805 Whittington Terrace
Silver Spring, Maryland 20901
RabbiMenasheShapiro@gmail.com

/s/ Jeffrey M. Schwaber
Jeffrey M. Schwaber (Bar ID #06095)

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC
ATTORNEYS AT LAW
1101 WOOTTON PARKWAY SUITE 700
ROCKVILLE, MARYLAND 20852
TELEPHONE 301-340-2020