# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD  20770
(301) 344-0634

August 3, 2026

TO:  Rabbi J. Menashe Shapiro and Counsel

RE:  Silver Spring Jewish Center, et al. v.
     Montgomery County, Maryland, et al.
     Civil Action No. DKC 26-2963

Dear Rabbi Menashe Shapiro and Counsel:

This letter will confirm the matters discussed during today's telephone conference.  Counsel for Montgomery County indicated that a motion to consolidate this case with Civil Action Nos. TDC 21-1736, DKC 26-2912, and TDC 26-3025 (the now-filed federal government suit against Montgomery County) is forthcoming.  A hearing is scheduled before the Honorable Judge Ronald B. Rubin in the Circuit Court for Montgomery County in the related state case on August 12, 2026.

Counsel for John McCarthy, State's Attorney for Montgomery County, contested proper service and indicated that, if Mr. McCarthy was not voluntarily dismissed, he would file a motion to dismiss after proper service.

Counsel with the firm Stein Sperling intends to represent the County in all related cases.  In lieu of setting a schedule, counsel with Stein Sperling will confer with counsel for the other represented parties, along with Rabbi Menashe Shapiro, and file a status letter encompassing all the related cases by August 17, 2026.

Despite the informal nature of this letter, it constitutes an Order of the court, and the clerk is instructed to docket it as such.

Very truly yours,

/s/

DEBORAH K. CHASANOW
United States District Judge