**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SILVER SPRING JEWISH CENTER, INC. et al., *

**Plaintiff,** *

**v.** * **Case No.** 8:26-cv-02963-DKC

MONTGOMERY COUNTY, MARYLAND, et al *

**Defendant.** *

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Defendants, Montgomery County, Maryland, Marc Elrich and Marc Yamada

I certify that I am admitted to practice in this Court.

8/5/2026
Date

Deanna L. Peters
Signature

Deanna L. Peters (Bar ID: 15674)
Printed name and bar number

1101 Wootton Parkway, Suite 700, Rockville, MD 20852
Address

dpeters@steinsperling.com
Email address

301-838-3231
Telephone number

301-354-8131
Fax number