**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

Silver Spring Jewish Center, Inc., et al. )
)
*Plaintiffs*, ) Civil Action No. 8:26-cv-02963-DKC
)
v. )
)
Montgomery County, Maryland, )
*et al.*, )
)
*Defendants.* )
)

**DISCLOSURE OF CORPORATE INTEREST**
**Fed. R. Civ. P. Rule 7.1 and Local Rule 103.3**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 103.3, Plaintiffs in the captioned matter disclose as follows:

1. Parent Corporation. There are no parent corporations for Plaintiffs Silver Spring Jewish Center, Inc. or Rabbi J. Menashe Shapiro.
2. Publicly Held Ownership. There are no publicly held corporations owning 10% or more of the stock of either Plaintiff Silver Spring Jewish Center, Inc. or Rabbi J. Menashe Shapiro.
3. Corporate Affiliate. Plaintiff Silver Spring Jewish Center, Inc. discloses that it shares substantially common management with The Orthodox Congregation of Silver Spring, Inc., a Maryland religious corporation, the Jewish Academy School of Fine Arts, Inc., a not-for-profit Maryland non-stock corporation, and the Hebrew Sheltering Home of Greater

Washington Inc., a not-for-profit Maryland non-stock corporation (the "Corporate Affiliates"). The Corporate Affiliates have no parent corporation and no publicly held corporations own 10% or more of their stock. Plaintiff Rabbi J. Menashe Shapiro has no corporate affiliates.

4. Financial Interests. Plaintiffs Silver Spring Jewish Center, Inc. and Rabbi J. Menashe Shapiro disclose that no corporations, unincorporated associations, partnerships, or other business entities have a financial interest in the outcome of this litigation.

Dated: August 4, 2026

Respectfully Submitted,

*/s/* Andrew J. Morris

Andrew J. Morris
Jacob Huebert*
New Civil Liberties Alliance
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22204
(202) 869-5210
andrew.morris@ncla.legal
jacob.huebert@ncla.legal
* *Motion for pro hac vice admission pending*

Attorneys for Plaintiff Silver Spring Jewish Center

/s/ J. Menashe Shapiro
Rabbi J. Menashe Shapiro,
Pro Se Plaintiff
805 Whittington Terrace
Silver Spring, Maryland 20901
T: (216) 645-2094
F: (216) 831-3736
RabbiMenasheShapiro@gmail.com