# STEIN SPERLING
BENNETT · DE JONG · DRISCOLL PC

**JEFFREY M. SCHWABER**
ATTORNEY AT LAW
PRINCIPAL

1101 Wootton Parkway
Suite 700
Rockville, Maryland 20852

301-838-3210 direct
301-340-2020 main
301-354-8110 direct fax

jschwaber@steinsperling.com
www.steinsperling.com

August 11, 2026

**<u>VIA ELECTRONIC MAIL ONLY</u>**
The Honorable Deborah K. Chasanow, District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland 20770
MDD_DKCChambers@mdd.uscourts.gov

File Number: 2260967.01

> **RE:** *Silver Spring Jewish Center, Inc. et al. v. Montgomery County, Maryland, et al.***, Case No. 8:26-Cv-02963-DKC;** *Julio Barreto, Jr., et al. v. Montgomery County, MD, Case No. 26-cv-02912-DKC*

Dear Judge Chasanow,

I write to seek urgent direction from the Court regarding a scheduling matter, as the parties seem to have divergent understandings of the import of your direction at the August 3 Status Call.

Per your direction, my firm will be providing the Court with a status report on August 17, 2026 on the collective lawsuits (now totaling four) that have been filed arising out of Montgomery County's gun legislation. More specifically, you directed us to report back to the Court regarding whether there was any agreement about consolidating any/all of these four matters before you or Judge Chuang, and further to report on whether the parties were able to coordinate a briefing schedule for the various motions before the Court. Currently each of you have two of these cases assigned to you, including the original matter before Judge Chuang and now the three new ones that have been filed over the last two weeks. We have a scheduled status hearing in front of Judge Rubin tomorrow in Montgomery County Circuit Court and intend to include in our report to you the outcome of that hearing, as well as any scheduling that comes from the Circuit Court. Furthermore, we have a scheduled call among counsel tomorrow afternoon following the status hearing with Judge Rubin, to further discuss the various issues you directed us to discuss prior to submitting the status report to you.

The problem that has arisen is as follows: we sought confirmation from Plaintiffs' collective counsel that the fast-approaching response deadlines that would arise before we present our August 17 status letter to you could be suspended, to permit an opportunity either for an agreed collective briefing schedule or alternatively for you to weigh in and direct the schedule if there is no agreement. Pertinently, the current deadline for responding to the Silver Spring Jewish Center ("SSJC") Plaintiffs' motion for injunctive relief is this Thursday, August 13. The current deadline for responding to the Barreto Plaintiffs' motion for injunctive relief is this Friday, August 14. While we understood this Court's direction

23007367_1

# STEIN SPERLING
### BENNETT · DE JONG · DRISCOLL PC

to imply that we would not need to meet those deadlines pending further discussion about a briefing schedule, after repeated attempts over the last couple of days to gain that clarification, we have not been able to do so.  In fact, despite previously suggesting in an August 5 email that "the consensus of the counsel for the different plaintiffs" was that the parties would be working between August 12-17 on attempting to agree upon a briefing schedule,  the SSJC plaintiffs and the Barreto Plaintiffs have this morning indicated that they now do not consent to a suspension of our immediately approaching deadlines. We believe this is entirely inconsistent with what you directed us to do; namely attempt to work out a briefing schedule and then report back to you on August 17.

We respectfully seek clarification from the Court that the response deadlines in the two matters before you are suspended pending your direction after the submission of our status report to you on August 17. Given the very quickly approaching deadlines and the conflicting understandings of the current status of this issue, we address this urgently with the Court.

Respectfully,

*Jeff M. Schwaber*

Jeffrey M. Schwaber, Esquire

JMS: RAS

CC:

| | |
|---|---|
| Deanna L. Peters, Esq.<br>dpeters@steinsperling.com | Jacob Huebert, Esq.<br>jacob.huebert@ncla.legal |
| Judith G. Cornwell, Esq.<br>JCornwell@steinsperling.com | J. Menashe Shapiro<br>rabbimenasheshapiro@gmail.com |
| Ritozeh A. Saingbe, Esq.<br>rsaingbe@steinsperling.com | Mark Pennack, Esq.<br>mpennak@marylandshallissue.org |
| Gregory Dolin, Esq.<br>Gregory.Dolin@usdoj.gov | Aditi Kumar, Esq.<br>aditi.kumar@montgomerycountymd.gov |
| Barry Arrington, Esq.<br>Barry.Arrington@usdoj.gov | Erin Ashbarry, Esq.<br>erin.ashbarry@montgomerycountymd.gov |
| Andrew Morris, Esq.<br>andrew.morris@ncla.legal | Wendy Schiff, Esq.<br>wshiff@oag.maryland.gov |

23007367_1