**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Silver Spring Jewish Center, et al. *

*

v. Case No. 8-26-cv-02963

*

Montgomery County, Maryland, et al.

*

## RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [x] other - describe: Motion for Temporary Restraining Order and Preliminary Injunction with attachments

By (check method of service):

- [ ] Personal - place served: ______
- [x] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: ______

On (name of person or entity served): Mark R. Yamada

Date of service: 08/03/2026

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

08/12/2026
Date

/s/ Luke Dardis
Signature of Process Server

Luke Dardis
Printed Name of Process Server

4250 N. Fairfax Dr. Suite 300 Arlington, VA 22203
Address of Process Server

(202) 869-5210
Telephone Number of Process Server

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark R. Yamada, Chief of Police
Montgomery County, Maryland
100 Edison Park Drive, 3rd Floor
Gaithersburg, MD
20878

9590 9402 8780 4005 3665 91

2. Article Number *(Transfer from service label)*

7021 2720

## *COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X Dave

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

MoCo Police

C. Date of Delivery

8/3

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery