**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Silver Spring Jewish Center, et al. *

*

v. * Case No. 8-26-cv-02963

Montgomery County, Maryland, et al. *

*

## RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [x] other - describe: Motion for Temporary Restraining Order and Preliminary Injunction with attachments

By (check method of service):

- [ ] Personal - place served: ______
- [ ] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [x] Other - describe: Sent official email to civil_service@oag.maryland.gov

On (name of person or entity served): Daniel McCarthy

Date of service: 08/07/2026

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

08/12/2026
Date

/s/ Luke Dardis
Signature of Process Server

Luke Dardis
Printed Name of Process Server

4250 N. Fairfax Dr. Suite 300 Arlington, VA 22203
Address of Process Server

(202) 869-5210
Telephone Number of Process Server