**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MARYLAND**

**DEBORAH K. CHASANOW**
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0634

August 18, 2026

TO: Rabbi J. Menashe Shapiro and Counsel

RE: Silver Spring Jewish Center, et al. v.
Montgomery County, Maryland, et al.
Civil Action No. DKC 26-2963

Julio Baretto, Jr., et al. v. Montgomery County Maryland
Civil Action No. DKC 26-2912

Dear Rabbi Menashe Shapiro and Counsel:

Thank you for the comprehensive status reports. With four cases in this court and the related state court proceedings, and the various parties involved, coordinating competing views is challenging. At present, the cases remain as assigned in this court. Judge Chuang will handle the two cases assigned to him and counsel should communicate with his chambers directly from here on out.

In the two cases assigned to me, I understand that no party objects to consolidation although no motion has been filed and no plan proposed for consolidating the complaints and motions for injunctive relief. Thus, for now, the cases will be coordinated, but not consolidated.

Unless the parties agree otherwise or the County agrees to defer implementation, the following schedule will apply:

| | |
|---|---|
| Answer or motion to dismiss: | August 24, 2026 |
| Responses to motions for TRO/ preliminary injunction due: | August 24, 2026 |
| Any reply regarding injunctive relief due by: | August 31, 2026 |
| Hearing on injunctive relief: | September 3, 2026, at 9:30 a.m. |

Despite the informal nature of this letter, it constitutes an Order of the court, and the clerk is instructed to docket it as such.

Very truly yours,

/s/

DEBORAH K. CHASANOW
United States District Judge

cc: Counsel in Civil Action Nos. TDC 21-1736 and TDC 26-3025:

Edward Barry Lattner
Edward.Lattner@MontgomeryCountyMD.gov

Patricia Lisehora Kane
patricia.kane@montgomerycountymd.gov

Erin Jeanne Ashbarry
erin.ashbarry@montgomerycountymd.gov

Margaret Eva Turlington
margaret.turlington@montgomerycountymd.gov

Matthew Hoyt Johnson
matthew.johnson3@montgomerycountymd.gov

Barry K. Arrington
barry.arrington@usdoj.gov

Keith W. Gaines
keith.gaines@usdoj.gov

Patrick Todd
patrick.todd@usdoj.gov

William Hanrahan
william.hanrahan@usdoj.gov

Gregory Dolin
gregory.dolin@usdoj.gov

Wendy Schiff, Esq.
wshiff@oag.maryland.gov