**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SILVER SPRING JEWISH CENTER, INC, *et al..*, | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | **Civil Action No. 8:26-CV-02963-TDC** |
| | * | |
| MONTGOMERY COUNTY, MARYLAND, *et al.*, | * | |
| | * | |
| | * | |
| Defendants. | * | |

**LINE OF APPEARANCE**

Please add the appearance of Erin J. Ashbarry, Chief of the Government Operations Division of the Office of the County Attorney, as counsel for Defendants Montgomery County, Maryland, Marc Elrich, and Marc R. Yamada in the above-captioned case, in addition to Jeffrey M. Schwaber and Deanna L Peters of Stein Sperling Bennett DeJong Driscoll, PC.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

/s/ Erin J. Ashbarry
Erin J. Ashbarry
Chief, Division of Government Operations
(Bar ID #26298)
erin.ashbarry@montgomerycountymd.gov
Office of the County Attorney
101 Monroe Street, Third Floor
Rockville, Maryland 20850
Tel: (240) 777-6700
Fax: (240) 777-6705

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of August 2026, a copy of the foregoing, was electronically filed with notice to:

Andrew J. Morris
Jacob Huebert
New Civil Liberties Alliance
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22203
*Counsel for Plaintiff Silver Spring Jewish Center, Inc.*

Rabbi J. Menashe Shapiro,
805 Whittington Terrace
Silver Spring, Maryland 20901
*Pro Se Plaintiff*

/s/ Erin J. Ashbarry
Erin J. Ashbarry
Chief, Division of Government Operations