**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| SILVER SPRING JEWISH CENTER, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MONTGOMERY COUNTY, MARYLAND, *et al.*,<br><br>*Defendants.* | No. 8:26-cv-2963-DKC |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOHN MCCARTHY WITHOUT PREJUDICE**

WHEREAS Defendant John McCarthy, sued in his official capacity as State's Attorney for Montgomery County, Maryland, has agreed to defer any criminal prosecutions for alleged violations of Montgomery County Expedited Bill 23-26 until the constitutionality of that legislation has been finally resolved in this litigation—including through any appeals and resolution of any petitions for certiorari before the United States Supreme Court, and, if that Court grants certiorari, through final resolution, including any remand or further litigation in the Court of Appeals or this Court:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Silver Spring Jewish Center, Inc. and Rabbi J. Menashe Shapiro hereby give notice of their voluntary dismissal, without prejudice, of all claims asserted in this action against Defendant John McCarthy, in his official capacity as State's Attorney for Montgomery County.

Because Defendant McCarthy has not served an answer or a motion for summary judgment in this action, this dismissal is effective upon the filing of this notice, without leave or order of the Court. Fed. R. Civ. P. 41(a)(1)(A)(i).

This dismissal does not affect Plaintiffs' claims against Defendants Montgomery County, Maryland; Marc Elrich; or Marc R. Yamada, all of which remain pending before the Court.

Dated: August 24, 2026

Respectfully submitted,

/s/ Jacob Huebert
Andrew J. Morris (#22945)
Jacob Huebert (pro hac vice)
New Civil Liberties Alliance
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
(202) 869-5210
andrew.morris@ncla.legal
jacob.huebert@ncla.legal

Attorneys for Plaintiff Silver Spring Jewish Center, Inc.

/s/ J. Menashe Shapiro
Rabbi J. Menashe Shapiro
Pro Se Plaintiff
805 Whittington Terrace
Silver Spring, Maryland 20901
T: (216) 645-2094
F: (216) 831-3736
RabbiMenasheShapiro@gmail.com