**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SILVER SPRING JEWISH CENTER, INC., *et al.*, | : | |
| Plaintiffs, | : | Case No.: 8:26-cv-02963-DKC |
| v. | : | |
| MONTGOMERY COUNTY, MARYLAND, *et al.* | : | |
| Defendants. | : | |

**OPPOSITION BY DEFENDANTS, MONTGOMERY COUNTY, MARYLAND, MARC ELRICH, AND MARC YAMADA TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRANING ORDER OR PRELIMINARY INJUNCTION**

Defendants, Montgomery County, Maryland, Marc Elrich, and Marc Yamada, by and through their counsel, Jeffrey M. Schwaber, Deanna L. Peters, and the Law Firm of Stein Sperling Bennett De Jong Driscoll PC, and Erin J. Ashbarry, of the Office of the County Attorney, pursuant to Fed. R. Civ. P. 65, respectfully request that this Court deny Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction (ECF No. 5). Plaintiffs cannot meet their burden of demonstrating a clear likelihood of success on the merits of any of their claims, and they otherwise are not entitled to the extraordinary relief they seek. The grounds for this Opposition, including supporting legal authority, are set forth in the accompanying Memorandum of Law. Accordingly, the Motion should be denied.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

By: /s/ Jeffrey M. Schwaber

Jeffrey M. Schwaber (Bar ID #06095)
jschwaber@steinsperling.com
(301) 354-8110 (facsimile)
Deanna L. Peters (Bar ID #15674)
dpeters@steinsperling.com
(301) 354-8131 (facsimile)
STEIN SPERLING BENNETT
DE JONG DRISCOLL PC
1101 Wootton Parkway, Suite 700
Rockville, Maryland 20852
(301) 340-2020

/s/ Erin J. Ashbarry

Erin J. Ashbarry (Bar ID #26298)
Chief, Division of Government Operations
erin.ashbarry@montgomerycountymd.gov
Office of the County Attorney
101 Monroe Street, Third Floor
Rockville, Maryland 20850
Tel: (240) 777-6700
Fax: (240) 777-6705

*Attorneys for Defendants, Montgomery County, Maryland, Marc Elrich, & Marc Yamada*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of August, 2026, a copy of the foregoing was sent to all counsel of record via CM/ECF.

/s/ Jeffrey M. Schwaber
Jeffrey M. Schwaber (Bar ID 419681)