**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SILVER SPRING<br>JEWISH CENTER, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>MONTGOMERY COUNTY,<br>MARYLAND, *et al.*<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No.: 8:26-cv-02963-DKC |

**ORDER**

UPON CONSIDERATION OF Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction (ECF No. 5), Defendants, Montgomery County, Maryland, Marc Elrich, and Marc Yamada's Opposition, and any reply thereto, hearing thereon, and the entire record herein, it is this _______ day of _______________________, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED, that the Motion for Temporary Restraining Order or Preliminary Injunction is DENIED.

________________________________________
The Honorable Deborah K. Chasanow
U.S. District Court for the District of Maryland