# EXHIBIT 8

Expedited Bill No. 23 - 26
Concerning: Weapons – Restrictions on Ghost Guns Near Minors and Carrying of Firearms in or Near Places of Public Assembly
Revised: June 15, 2026 Draft No. 3
Introduced: May 12, 2026
Enacted: July 21, 2026
Executive: July 27, 2026
Effective: July 27, 2026
Sunset Date: None
Ch. 18, Laws of Mont. Co. 2026

# COUNTY COUNCIL
# FOR MONTGOMERY COUNTY, MARYLAND

Lead Sponsor: Councilmember Luedtke
Co-Sponsors: Councilmember Stewart, Council President Fani-González, Councilmember Friedson, Council Vice-President Balcombe, and Councilmembers Katz, Evans, and Glass

**AN EXPEDITED ACT** to:

(1) define terms related to weapons and firearms;
(2) regulate the sale or transfer of ghost guns with respect to minors;
(3) amend exceptions to a prohibition against carrying firearms in places of public assembly;
(4) amend the regulation of the operation of gun shops; and
(5) generally amend the law regarding firearms and other weapons.

By amending
Montgomery County Code
Chapter 57, Weapons
Sections 57-1, 57-7, 57-10, and 57-11

| | |
|---|---|
| **Boldface** | *Heading or defined term.* |
| Underlining | *Added to existing law by original bill.* |
| **[**Single boldface brackets**]** | *Deleted from existing law by original bill.* |
| Double underlining | *Added by amendment.* |
| **[[**Double boldface brackets**]]** | *Deleted from existing law or the bill by amendment.* |
| * * * | *Existing law unaffected by bill.* |

*The County Council for Montgomery County, Maryland approves the following Act:*

**Sec. 1. Sections 57-1, 57-7, 57-10, and 57-11 are amended, as follows:**

**57-1. Definitions.**

In this Chapter, the following words and phrases have the following meanings:

* * *

*Gun* or *firearm:* Any rifle, shotgun, revolver, pistol, ghost gun, undetectable gun, air gun, air rifle, or any similar mechanism by whatever name known which is designed to expel a projectile through a gun barrel by the action of any explosive, gas, compressed air, spring, or elastic.

* * *

(2) "Ghost gun" means a firearm, including an unfinished frame or receiver, that:

(A) lacks a unique serial number engraved or cased in metal alloy on the frame or receiver by a federally licensed firearms dealer, manufacturer, maker, or importer in accordance with federal law; and

(B) **[**lacks markings and is not registered with the Secretary of the State Police in accordance with**]** violates Section 5-703(b)(2)**[**(ii)**]** of the Public Safety Article of the Maryland Code, as amended.

"Ghost gun" does not include a firearm that has been rendered permanently inoperable, or a firearm that is not required to have a serial number in accordance with the Federal Gun Control Act of 1968, as amended.

* * *

*Place of public assembly:* A "place of public assembly" is:

(1) a publicly or privately owned:

(A) park;

(B) place of worship;

(C) school;

(D) library;

(E) recreational facility; or

[(F) hospital;

(G) community health center, including any health care facility or community-based program licensed by the Maryland Department of Health;;

(H) long-term facility, including any licensed nursing home, group home, or care home;

(I)] (F) multipurpose exhibition facility, such as a fairgrounds or conference center[; or

(J) childcare facility];

(2) government building[, including any place owned by or under the control of the County] open to the public for the business of government or community use;

(3) polling place;

(4) courthouse; or

(5) legislative assembly[; or

(6) a gathering of individuals to collectively express their constitutional right to protest or assemble].

A "place of public assembly" includes all property associated with the place, such as a parking lot or grounds of a building.

* * *

**57-7. Access to guns by minors.**

(a) A person must not give, sell, rent, lend, or otherwise transfer any rifle or shotgun or any ammunition or major component for these guns in the County to a minor. This subsection does not apply when the transferor is

at least 18 years old and is the parent, guardian, or instructor of the minor, or in connection with a regularly conducted or supervised program of marksmanship or marksmanship training.

(b) An owner, employee, or agent of a gun shop must not allow a minor to, and a minor must not, enter the gun shop unless the minor is accompanied by a parent or other legal guardian at all times when the minor is in the gun shop.

(c) A person must not give, sell, rent, lend, or otherwise transfer to a minor:

(1) a ghost gun or major component of a ghost gun;

(2) an undetectable gun or major component of an undetectable gun; or

(3) a computer code or program to make a gun through a 3D printing process.

**[**(d) A person must not purchase, sell, transfer, possess, or transport a ghost gun, including a gun created through a 3D printing process, in the presence of a minor.

(e)**]** (d) A person must not store or leave a ghost gun, an undetectable gun, or a major component of a ghost gun or an undetectable gun, in a location that the person knows or should know is accessible to a minor.

**[**(f)**]** (e) This section must be construed as broadly as possible within the limits of State law to protect minors.

* * *

**57-10. Keeping guns on person or in vehicles.**

* * *

This Section must not be interpreted to prohibit a firearm that is carried or transported on person or in a motor vehicle, as defined under the Maryland Transportation Article, as amended, if the firearm is:

(1) in a motor vehicle, locked in a container; or

(2) a handgun worn, carried, or transported in compliance with any limitations imposed under Section 5-307 of the Public Safety Article of the Maryland Code, as amended, by a person to whom a permit to wear, carry, or transport the handgun has been issued under the Public Safety Article of the Maryland Code, as amended.

**57-11. Firearms in or near places of public assembly.**

(a) In or within 100 yards of a place of public assembly, a person must not:

(1) sell, transfer, possess, or transport a ghost gun, undetectable gun, handgun, rifle, or shotgun, or ammunition or major component for these firearms; or

(2) sell, transfer, possess, or transport a firearm created through a 3D printing process.

(b) This section does not:

(1) prohibit the teaching of firearms safety or other educational or sporting use in the areas described in subsection (a);

(2) apply to a law enforcement officer, or a security guard licensed to carry the firearm;

(3) apply to the possession of a firearm or ammunition, other than a ghost gun or an undetectable gun, in the person's own home;

(4) apply to the possession of one firearm, and ammunition for the firearm, at a business by either the owner who has a permit to carry the firearm, or one authorized employee of the business who has a permit to carry the firearm; **[**or**]**

(5) apply to separate ammunition or an unloaded firearm:

(A) transported in an enclosed case or in a locked firearms rack on a motor vehicle, unless the firearm is a ghost gun or an undetectable gun; or

(B) being surrendered in connection with a gun turn-in or similar program approved by a law enforcement agency; or

(6) apply to [[the possession of a handgun by a person who has a permit to carry the handgun under State law while the person travels on public highways within 100 yards of a place of public assembly]] a firearm that is carried or transported in a motor vehicle if the firearm is:

(A) locked in a container; or

(B) a handgun worn, carried, or transported in compliance with any limitations imposed under Section 5-307 of the Public Safety Article of the Maryland Code, as amended, by a person to whom a permit to wear, carry, or transport the handgun has been issued under the Public Safety Article of the Maryland Code, as amended.

* * *

[(d) Notwithstanding subsection (a), a gun shop owned and operated by a firearms dealer licensed under Maryland or federal law on January 1, 1997, may conduct regular, continuous operations after that date in the same permanent location under the same ownership if the gun shop:

(1) does not expand its inventory (the number of guns or rounds of ammunition displayed or stored at the gun shop at one time) or square footage by more than 10 percent, or expand the type of guns (handgun, rifle, or shotgun) or ammunition offered for sale since January 1, 1997;

(2) has secure locks on all doors and windows;

(3) physically secures all ammunition and each firearm in the gun shop (such as in a locked box or case, in a locked rack, or with a trigger lock);

(4) has adequate security lighting;

(5) has a functioning alarm system connected to a central station that notifies the police; and

(6) has liability insurance coverage of at least $1,000,000.]

(d) Notwithstanding subsection (a), a gun shop owned and operated by a firearms dealer licensed under Maryland or federal law on January 1, 1997, may conduct regular, continuous operations after that date in the same permanent location under the same ownership if the gun shop:

(1) does not expand its inventory (the number of guns or rounds of ammunition displayed or stored at the gun shop at one time) or square footage by more than 10 percent, or expand the type of guns (handgun, rifle, or shotgun) or ammunition offered for sale since January 1, 1997;

(2) has secure locks on all doors and windows;

(3) physically secures all ammunition and each firearm in the gun shop (such as in a locked box or case, in a locked rack, or with a trigger lock);

(4) has adequate security lighting;

(5) has a functioning alarm system connected to a central station that notifies the police; and

(6) has liability insurance coverage of at least $1,000,000.

**Sec. 2. Expedited Effective Date.** The Council declares that this legislation is necessary for the immediate protection of the public interest. This Act takes effect on the date on which it becomes law.

**Sec. 3. Severability.** If any provision of this Act, or any provision of Chapter 57, is found to be invalid by the final judgment of a court of competent jurisdiction, the remaining provisions must be deemed severable and must continue in full force and effect.

**Sec. 4.** This Act and Chapter 57 must be construed in a manner that is consistent with regulations of the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives.

*Approved:*

July 21, 2026

Natali Fani-González, President, County Council — Date

*Approved:*

July 27, 2026

Marc Elrich, County Executive — Date

*This is a correct copy of Council action.*

July 27, 2026

Sara R. Tenenbaum, Clerk of the Council — Date