# EXHIBIT 10

# LAWS

## OF THE

# STATE OF MARYLAND

## ENACTED

At the Session of the General Assembly Begun and Held in the City of Annapolis on the Ninth Day of January, 1985 and Ending on the Eighth Day of April, 1985

----------

Vetoes by Governor follow immediately after Acts

----------

At the Extraordinary Session of the General Assembly Begun and Held in the City of Annapolis on the Seventeenth Day of May, 1985 and Ending on the Twenty-eighth Day of May, 1985

PUBLISHED BY

State Department of Legislative Reference
90 State Circle
Legislative Services Building
Annapolis, Maryland 21401

(1) ACTIONS, SUITS, AND PROCEEDINGS OF THE ATTORNEY'S CLIENT FROM THE TIME THEY ARE COMMENCED; AND

(2) JUDGMENTS, DECREES, ORDERS, AND AWARDS ENTERED IN FAVOR OF THE ATTORNEY'S CLIENT.

(B) A LIEN UNDER SUBSECTION (A) OF THIS SECTION EXTENDS~~:~~

~~(1)~~ TO THE ATTORNEY'S FEES AND COMPENSATION SPECIALLY AGREED ON WITH THE ATTORNEY'S CLIENT~~,--OR~~

~~(2)--IF--THERE--IS--NO--SPECIAL--AGREEMENT-BETWEEN-THE ATTORNEY-AND-CLIENT,-TO-THE-REASONABLE-VALUE--OF--THE--ATTORNEY'S SERVICES~~ IF THE SERVICES FOR SUCH FEES AND COMPENSATION PRODUCED THE FUNDS TO WHICH THE LIEN IS APPLICABLE.

(C) AN ATTORNEY'S LIEN UNDER THIS SECTION IS NOT SUBORDINATE TO ANY OTHER LIEN OR CLAIM~~.~~, EXCEPT:

(1) A PRIOR LIEN BASED ON SALARIES OR WAGES DUE TO EMPLOYEES FOR WORK WHICH IS RELATED TO OR A PART OF THE AWARD, ORDER, DECREE OR JUDGMENT; OR

(2) A LIEN AGAINST THE CLIENT FOR STATE TAXES DUE.

SECTION 2. AND BE IT FURTHER ENACTED, That this Act shall take effect July 1, 1985.

Approved May 28, 1985.

----------

## CHAPTER 724

(Senate Bill 88)

AN ACT concerning

Preemption - Weapons and Ammunition

FOR the purpose of declaring the intent of the General Assembly for the State of Maryland to preempt the field of regulation of certain enumerated weapons and ammunition and certain activities involving the enumerated weapons and ammunition; providing that the State of Maryland preempts the rights of counties, municipal corporations, and special taxing districts to regulate certain activities involving the enumerated weapons and ammunition; providing that counties, municipal corporations, and special taxing districts may regulate certain activities involving the enumerated weapons under certain circumstances; providing that this Act shall have certain effect as of a certain date; and generally providing for the preemption of weapons and ammunition.

BY adding to

Article 27 - Crimes and Punishments
Section 36H
Annotated Code of Maryland
(1982 Replacement Volume and 1984 Supplement)

Preamble

WHEREAS, The General Assembly finds and declares that the reservation of the regulation of some forms of weaponry and ammunition is necessary to preserve the peace, safety, and health of the State; now, therefore,

SECTION 1. BE IT ENACTED BY THE GENERAL ASSEMBLY OF MARYLAND, That the Laws of Maryland read as follows:

Article 27 - Crimes and Punishments

36H.

(A) EXCEPT AS PROVIDED IN SUBSECTIONS (B), (C), AND (D) OF THIS SECTION, THE STATE OF MARYLAND HEREBY PREEMPTS THE RIGHTS OF ANY COUNTY, MUNICIPAL CORPORATION, OR SPECIAL TAXING DISTRICT WHETHER BY LAW, ORDINANCE, OR REGULATION TO REGULATE THE PURCHASE, SALE, TAXATION, TRANSFER, MANUFACTURE, REPAIR, OWNERSHIP, POSSESSION, AND TRANSPORTATION OF THE FOLLOWING:

(1) HANDGUN, AS DEFINED IN ART. 27, § 36F(A);

(2) RIFLE, AS DEFINED IN ART. 27, § 36F(A)(2);

(3) SHOTGUN, AS DEFINED IN ART. 27, § 36F(A)(5); AND

(4) AMMUNITION AND COMPONENTS FOR THE ABOVE ENUMERATED ITEMS.

(B) ANY COUNTY, MUNICIPAL CORPORATION, OR SPECIAL TAXING DISTRICT MAY REGULATE THE PURCHASE, SALE, TRANSFER, OWNERSHIP, POSSESSION, AND TRANSPORTATION OF THE WEAPONS AND AMMUNITION LISTED IN SUBSECTION (A) OF THIS SECTION:

(1) WITH RESPECT TO MINORS;

(2) WITH RESPECT TO THESE ACTIVITIES ON OR ~~IN--CLOSE PROXIMITY-TO~~ WITHIN 100 YARDS OF PARKS, CHURCHES, SCHOOLS, PUBLIC BUILDINGS, AND OTHER PLACES OF PUBLIC ASSEMBLY; HOWEVER, THE TEACHING OF FIREARMS SAFETY TRAINING OR OTHER EDUCATIONAL OR SPORTING USE MAY NOT BE PROHIBITED; AND

(3) WITH RESPECT TO LAW ENFORCEMENT ~~AND-SECURITY~~ PERSONNEL OF THE SUBDIVISION.

(C) TO THE EXTENT THAT LOCAL LAWS OR REGULATIONS DO NOT CREATE AN INCONSISTENCY WITH THE PROVISIONS OF THIS SECTION OR EXPAND EXISTING REGULATORY CONTROL, ANY COUNTY, MUNICIPAL CORPORATION, OR SPECIAL TAXING DISTRICT MAY EXERCISE ITS EXISTING AUTHORITY TO AMEND ANY LOCAL LAWS OR REGULATIONS THAT EXIST BEFORE JANUARY 1, 1985.

(D) IN ACCORDANCE WITH LAW, ANY COUNTY, MUNICIPAL CORPORATION, OR SPECIAL TAXING DISTRICT MAY CONTINUE TO REGULATE THE DISCHARGE OF HANDGUNS, RIFLES, AND SHOTGUNS, BUT MAY NOT PROHIBIT THE DISCHARGE OF FIREARMS AT ESTABLISHED RANGES.

SECTION 2. AND BE IT FURTHER ENACTED, That this Act shall not affect or repeal any local ordinance in existence as of January 1, 1985.

SECTION 3. AND BE IT FURTHER ENACTED, That this Act shall take effect July 1, 1985.

Approved May 28, 1985.

----------

CHAPTER 725

(Senate Bill 130)

AN ACT concerning

Division of Parole and Probation - Pre-Trial Release Services

FOR the purpose of transferring the Pre-Trial Release Services Division of the office of the Clerk of the Circuit Court for Baltimore City to the Division of Parole and Probation of the Department of Public Safety and Correctional Services; providing that the Pre-Trial Release Services Division of the Circuit Court for Baltimore City is a certain unit of the Division of Parole and Probation; establishing a Pre-Trial Release Committee to provide certain control and direction; providing for the membership of the Committee; providing for the appointment, classification, and salaries of the Director and Deputy Director; providing that certain employees of the Division will be State classified employees; providing for the manner of appointment of ~~the~~ certain employees; providing for the continuation of the employee pension system, classification, salary, leave, and seniority rights and benefits; and generally relating to the transfer of the Pre-Trial Release Services Division of the Circuit Court for Baltimore City to the Division of Parole and Probation.

BY repealing and reenacting, with amendments,