# EXHIBIT 11

# Climate Assessment

**Office of Legislative Oversight**

## EXPEDITED BILL 23-26: WEAPONS – RESTRICTIONS ON GHOST GUNS NEAR MINORS AND CARRYING OF FIREARMS IN OR NEAR PLACES OF PUBLIC ASSEMBLY

## SUMMARY

The Office of Legislative Oversight (OLO) anticipates Expedited Bill 23-26 will likely have no impact as it is proposing changes to restrictions on ghost guns which is not expected to impact the County's contribution to climate change.

---

## BACKGROUND AND PURPOSE OF EXPEDITED BILL 23-26

"Ghost guns" are commonly understood as homemade firearms using 3D printers that lack serial numbers and are therefore untraceable under traditional gun-tracking systems.[1]

In 2021 and 2022, the Council passed Bills 4-21 and 21-22E to regulate "ghost guns" and other firearms. This included restrictions within 100 yards of public gathering places and rules involving minors. On April 28, 2026, the Maryland Supreme Court ruled in *Engage Armament, LLC v. Montgomery County*. The ruling upheld some parts of these laws while determining that others go beyond the County's authority or are overridden by state law.[2]

The purpose of Expedited Bill 23-26 is to align County law with the Supreme Court's opinion in *Engage Armament.* If enacted, Bill 23-26 would:[3]

- **Clarify the definition of "ghost gun."** The Bill would update the definition to clarify that it does not apply to firearms with a unique serial number by a federally licensed firearms dealer.
- **Update the definition of "place of public assembly."** The Bill would remove the following from the definition of "place of public assembly," where firearms are prohibited in or within 100 yards: hospital, community health center, long-term facility, childcare facility, and a gathering of individuals to collectively express their constitutional right to protest or assemble. The Bill would also clarify that a government building "open to the public for the business of government or community use" is a place of public assembly.
- **Remove provision on ghost guns in the presence of minors.** The Bill would remove the provision that "A person must not purchase, sell, transfer, possess, or transport a ghost gun, including a gun created through a 3D printing process, in the presence of a minor."
- **Add exemption for individuals with wear-and-carry permits traveling through the County.** For the prohibition on firearms in a place of public assembly, the Bill would add an exemption for "the

possession of a handgun by a person who has a permit to carry the handgun under State law while the person travels on public highways within 100 yards of a place of public assembly."

- **Remove certain regulations on gun shop operations.** The Bill would remove certain regulations on gun shop operations. These are described in Figure A (Appendix).[4]

# ANTICIPATED IMPACTS

As the Bill proposes restrictions on ghost guns , OLO anticipates Expedited Bill 23-26 will have no impact on the County's contribution to addressing climate change, including the reduction and/or sequestration of greenhouse gas emissions and community climate resilience.

# RECOMMENDED AMENDMENTS

The Climate Assessment Act requires OLO to offer recommendations, such as amendments or other measures to mitigate any anticipated negative climate impacts.[5] OLO does not offer recommendations or amendments as Expedited Bill 23-26 is likely to have little to no impact on the County's contribution to addressing climate change, including the reduction and/or sequestration of greenhouse gas emissions and community climate resilience.

# CAVEATS

OLO notes two caveats to this climate assessment. First, predicting the impacts of legislation upon climate change is a challenging analytical endeavor due to data limitations, uncertainty, and the broad, global nature of climate change. Second, the analysis performed here is intended to inform the legislative process, not determine whether the Council should enact legislation. Thus, any conclusion made in this statement does not represent OLO's endorsement of, or objection to, the bill under consideration.

# PURPOSE OF CLIMATE ASSESSMENTS

The purpose of the Climate Assessments is to evaluate the anticipated impact of legislation on the County's contribution to addressing climate change. These climate assessments will provide the Council with a more thorough understanding of the potential climate impacts and implications of proposed legislation, at the County level. The scope of the Climate Assessments is limited to the County's contribution to addressing climate change, specifically upon the County's contribution to greenhouse gas emissions and how actions suggested by legislation could help increase the County's community climate resilience.

While co-benefits such as health and cost savings may be discussed, the focus is on how proposed County bills may impact GHG emissions and community resilience.

# CONTRIBUTIONS

OLO staffer Kaitlyn Simmons drafted this assessment.

# APPENDIX

**Figure A. Removal of Regulations on Gun Shop Operations in Bill 23-26**

*If enacted, Bill 23-26 would remove the following regulations on gun shop operations from County law:*[6]

Notwithstanding subsection (a), a gun shop owned and operated by a firearms dealer licensed under Maryland or federal law on January 1, 1997, may conduct regular, continuous operations after that date in the same permanent location under the same ownership if the gun shop:

(1) does not expand its inventory (the number of guns or rounds of ammunition displayed or stored at the gun shop at one time) or square footage by more than 10 percent, or expand the type of guns (handgun, rifle, or shotgun) or ammunition offered for sale since January 1, 1997;

(2) has secure locks on all doors and windows;

(3) physically secures all ammunition and each firearm in the gun shop (such as in a locked box or case, in a locked rack, or with a trigger lock);

(4) has adequate security lighting;

(5) has a functioning alarm system connected to a central station that notifies the police; and

(6) has liability insurance coverage of at least $1,000,000.

---

[1] Rina Torchinsky, "The Biden administration is regulating 'ghost guns.' Here's what the rule does," NPR, April 12, 2022.
[2] See Christine Wellons to County Council, Memorandum, May 7, 2026, in Introduction Staff Report for Expedited Bill 23-26.
[3] Ibid. pgs. 2-4.
[4] Expedited Bill 21-23, Introduction Staff Report for Expedited Bill 23-26, pgs. (5)-(6).
[5] Bill 3-22, Legislative Branch – Climate Assessments – Required, Montgomery County Council, Effective date October 24, 2022
[6] Expedited Bill 21-23, Introduction Staff Report for Expedited Bill 23-26, pgs. (5)-(6).