# EXHIBIT 23

# THE REVISED ORDINANCES, etc.

—OF THE—

# CITY OF HUNTSVILLE, MISSOURI,

OF 1894.

---

COLLATED, REVISED, PRINTED AND PUBLISHED BY AUTHORITY OF THE MAYOR AND BOARD OF ALDERMEN OF THE CITY OF HUNTSVILLE, MISSOURI, UNDER AN ORDINANCE OF THE SAID CITY, ENTITLED:

---

"AN ORDINANCE IN RELATION TO ORDINANCES, AND THE PUBLICATION THEREOF." APPROVED ON THE 11TH DAY OF JUNE, 1894.

---

HERALD PRINT.
HUNTSVILLE, MISSOURI:
1894.

CC
Huntsville M
3
1894



43-612

## AN ORDINANCE IN RELATION TO BUTCHERS.

*Be it ordained by the Board of Aldermen of the City of Huntsville, Missouri, as follows:*

SECTION 1. No person shall carry on the business of a butcher within the city without taking out license therefor, and no person shall be permitted, under such license, to sell or dispose of meats at more than one place or stand within the city.

SECTION 2. For the purposes of this ordinance a butcher is defined to be any person engaged in selling or disposing of fresh meats for food in quantities less than one quarter

SECTION 3. Nothing herein contained shall be so construed as to prevent any grocer, at his place of business, from selling game, poultry or cured meats.

SECTION 4. This ordinance shall take effect and be in force from and after its passage, approval and publication, and any person violating any provision of said ordinance shall be deemed guilty of a misdemeanor and upon conviction shall be punished by a fine in any sum not exceeding one hundred dollars.

S. G. RICHESON,
Pres. of the Board of Aldermen.

Approved July 17, 1894.

Attest: S. G. RICHESON, Mayor.
J. A. HEETHER, Clerk.

---

## AN ORDINANCE IN RELATION TO CARRYING DEADLY WEAPONS.

*Be it ordained by the Board of Aldermen of the City of Huntsville. Missouri, as follows:*

SECTION 1. If within the city any person shall carry concealed upon or about his person any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose other than for militia drill or meetings called under militia law of the state, having upon or about his person any kind of fire-arms, bowie-knife, dirk, dagger, sling-shot, or other deadly weap-

on, or shall, in the presence of one or more persons, exhibit any such weapon in a rude, angry or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, he shall be deemed guilty of a misdemeanor, and, upon conviction thereof, shall be punished by a fine of not less than five nor more than one hundred dollars, or by imprisonment in the city prison not exceeding thirty days nor less than five days or by both such fine and imprisonment; provided, the Mayor may grant permisson to any person to discharge gun, pistol or other fire-arms under proper circumstances shown to him.

SECTION 2. The next preceding section shall not apply to police officers, nor to any officer or person whose duty it is to execute process or warrants, or to suppress breaches of the peace, or to make arrests, nor to persons moving or traveling peaceably through this state; and it shall be good defense to the charge of carrying such weapon, if the defendant shall show that he has been threatened with great bodily harm, or had good reason to carry the same in the necessary defense of his home, person or property.

SECTION 3. This ordinance shall take effect and be in force from and after its passage, approval and publication.

S. G. RICHESON,
Pres. of the Board of Aldermen.

Approved July 17, 1894.

Attest: S. G. RICHESON, Mayor.
J. A. HEETHER, Clerk.

———o———

## AN ORDINANCE IN RELATION TO THE USE OF FIRE-ARMS.

*Be it ordained by the Board of Aldermen of the City of Huntsville, Missouri, as follows:*

SECTION 1. It shall be unlawful for any person to discharge or fire off any gun, pistol or other fire-arm or other explosive within the city limits, unless by written permission of the Mayor.

SECTION 2. Nothing in the preceding section shall be construed as applying to officers in the discharge of their duties, licensed shooting galleries, or military funerals.

SECTION 3. Any person violating the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction shall be punished by a fine in any sum not exceeding one hundred dollars.

SECTION 4. This ordinance shall take effect and be in force from and after its passage, approval and publication.

S. G. RICHESON,
Pres. of the Board of Aldermen.

Approved July 17, 1894.

Attest: S. G. RICHESON, Mayor.
J. A. HEETHER, Clerk.

———o———

AN ORDINANCE IN RELATION TO DISTURBANCES OF THE PEACE.

*Be it ordained by the Board of Aldermen of the City of Huntsville, Missouri, as follows:*

SECTION 1. If any person or persons within the city shall wilfully disturb the peace of any neighborhood, or any family or of any person by loud and offensive or indecent conversation, or by threatening, quarreling, challenging or fighting, every person so offending shall upon conviction, be adjudged guilty of a misdemeanor and punished by a fine in any sum not exceeding one hundred dollars, or by imprisonment in the city prison not exceeding thirty days.

SECTION 2. This ordinance shall take effect and be in force from and after its passage, approval and publication.

S. G. RICHESON,
Pres. of the Board of Aldermen

Approved July 17, 1894

Attest: S. G. RICHESON, Mayor.
J. A. HEETHER, Clerk.

———o———

AN ORDINANCE IN RELATION TO ASSAULTS AND BATTERIES.

*Be it ordained by the Board of Aldermen of the City of Huntsville, Missouri, as follows:*

SECTION 1. Any person who shall within the city assault or beat or wound another, under such circumstances as not to constitute any felonious assault, shall upon conviction be deemed guilty of a misde-