# Exhibit 26

BY AUTHORITY OF THE LEGISLATIVE ASSEMBLY.

# THE REVISED STATUTES OF ARIZONA TERRITORY

CONTAINING ALSO

THE LAWS PASSED BY THE TWENTY-FIRST LEGISLATIVE ASSEMBLY, THE CONSTITUTION OF THE UNITED STATES, THE ORGANIC LAW OF ARIZONA AND THE AMENDMENTS OF CONGRESS RELATING THERETO.

1901

COLUMBIA, MISSOURI
PRESS OF E. W. STEPHENS
1901

Case 8:26-cv-02963-DKC Document 27-8 Filed 08/25/26 Page 3 of 3
USCA4 Appeal: 23-1719 Doc: 41 Filed: 09/19/2023 Pg: 257 of 439



saddlebags, any pistol, dirk, dagger, slung-shot, sword-cane, spear, brass knuckles, bowie-knife, or any other kind of knife manufactured or sold for purposes of offense or defense, he shall be punished by a fine of not less than twenty-five nor more than one hundred dollars; and, in addition thereto, shall forfeit to the county in which he is convicted the weapon or weapons so carried.

Peace officers and militiamen may carry.

**386.** The preceding section shall not apply to a person in actual service as a militiaman, nor as a peace officer or policeman, or person summoned to his aid, nor to a revenue or other civil officer engaged in the discharge of official duty, nor to the carrying of arms on one's own premises or place of business, nor to persons traveling, nor to one who has reasonable ground for fearing an unlawful attack upon his person, and the danger is so imminent and threatening as not to admit of the arrest of the party about to make such attack upon legal process.

Carrying certain weapons to church.

**387.** If any person shall go into church or religious assembly, any school room, or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into a ball room, social party or social gathering, or to any election precinct, on the day or days of any election, where any portion of the people of this territory are collected to vote at any election, or to any other place where people may be assembled to minister or to perform any other public duty, or to any other public assembly, and shall have or carry about his person a pistol or other firearm, dirk, dagger, slung-shot, sword-cane, spear, brass knuckles, bowie knife or any other kind of a knife manufactured and sold for the purposes of offense or defense, he shall be punished by a fine not less than fifty nor more than five hundred dollars, and shall forfeit to the county the weapon or weapons so found on his person.

Peace officers not included.

**388.** The preceding section shall not apply to peace officers or other persons authorized or permitted by law to carry arms at the places therein designated.

Violators may be arrested, how.

**389.** Any person violating any of the provisions of sections 382 and 385 may be arrested without warrant by any peace officer and carried before the nearest justice of the peace for trial; and any peace officer who shall fail or refuse to arrest such person on his own knowledge, or upon information from some credible person, shall be punished by a fine not exceeding three hundred dollars.

Travelers may carry arms, when.

**390.** Persons traveling may be permitted to carry arms within settlements or towns of the territory, for one-half hour after arriving in such settlements or towns, and while going out of such towns or