STEIN SPERLING
BENNETT · DE JONG · DRISCOLL PC

JEFFREY M. SCHWABER
ATTORNEY AT LAW
PRINCIPAL

1101 Wootton Parkway
Suite 700
Rockville, Maryland 20852

301-838-3210 direct
301-340-2020 main
301-354-8110 direct fax

jschwaber@steinsperling.com
www.steinsperling.com

September 8, 2026

File Number: 2260967-4

**VIA ELECTRONIC MAIL ONLY**
The Honorable Deborah K. Chasanow, District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland 20770
MDD_DKCChambers@mdd.uscourts.gov

Re: *Silver Spring Jewish Center, Inc., et al. v. Montgomery County, Maryland, et al.*, Case No. 8:26-cv-02963-DKC; *Julio Barreto, Jr., et al. v. Montgomery County, MD*, Case No. 26-cv-01912-DKC

Dear Judge Chasanow:

This letter is submitted as a correction in response to a representation/suggestion made by counsel for Plaintiffs in the *Silver Spring Jewish Center* matter at last week's hearing on Plaintiffs' respective Motions for TRO/preliminary injunction relief in both of the above-captioned matters. At that hearing, Plaintiffs' counsel suggested to this Court that Montgomery County was the only known jurisdiction to restrict firearms in or around places of worship. From the collective recollection of Defendants' counsel, it is unclear whether the representation was that this was true nationwide or simply for the State of Maryland. Regardless, a simple canvass of law in the State of Maryland alone makes clear that this is entirely inaccurate:

- Prince George's County prohibits **possession** of firearms within 1000 feet of a church or church grounds. It has an exception that permits the discharge of firearms by an owner or tenant of land "for the purpose of the protection of their own property or the life of themself or their family."

- Charles County prohibits the **discharge** of a handgun or a shoulder weapon within 500 feet of any church or church grounds.

- The City of Gaithersburg prohibits **possession** of a weapon in or within 100 yards of a church, subject to exceptions for law enforcement and licensed security guards. "Weapon" is defined to include multiple types of firearms.

- The City of Takoma Park prohibits **possession** of a firearm in / within 100 yards of places of public assembly, public assembly defined to include places of worship. It

has exceptions similar to the County's Code for law enforcement and security guards.

For the Court's convenience, these referenced provisions are attached collectively as Attachment A.

This list is specific to the State of Maryland, but is not intended to be exhaustive of a nationwide set of examples. It is merely exemplary for Maryland, and intended to refute the suggestion made about the uniqueness of Montgomery County's Bill 23-26E.

Respectfully Submitted,

*Jeffrey M. Schwaber*

Jeffrey M. Schwaber
*Counsel for Defendants*

cc: All Counsel (via electronic mail, with attachments)

# Attachment A

## Sec. 14-140. Loaded weapons prohibited; exceptions.

(a) **Prohibited.** No person shall discharge or have in their possession, while loaded, any firearm, rifle, shotgun, revolver, pistol, air gun, air rifle, or any similar mechanism known by whatever name, which is designed to expel a projectile through a gun barrel by the action of any explosive, gas, compressed air, spring or elastic, within one thousand feet (1,000') of any home or residence, other than their own, or any school or school grounds (private or public), church or church grounds, places of public assembly, public parks and playgrounds within the County, whether the weapon is loaded with blank or live cartridges or projectiles of any kind.

(b) **Exceptions.** This Section shall not prohibit the owner or tenant of any land from discharging such described weapons on their land for the purpose of the protection of their own property or the life of themself or their family, or killing predatory animals which prey upon, damage or destroy their property, livestock or crops.

(Gen. Res. No. 11-1963, Sec. 1; CB-49-1984; CB-27-2014; CB-19-2020; CB-030-2024)

*Charles County, MD*
*Monday, September 7, 2026*

# Chapter 51. Firearms

[HISTORY: Adopted and amended as indicated in text.]

**GENERAL REFERENCES**
Hunting — See Ch. **72**.

## § 51-1. General regulations concerning air guns.

A. Definitions. In this section, "air gun" means a small-caliber weapon, either a handgun or a shoulder weapon, from which pellets, bullets or darts are discharged by the expanding force of compressed air or gas [carbon dioxide ($CO_2$)]. The term includes air guns called "air rifles," "BB guns," "gas guns," "spring-operated guns" and "air pistols."

B. Operation restricted.

(1) No person shall discharge any air gun within 500 feet of any home or residence other than his own; any school or school grounds, whether private or public; any church or church grounds; any place of public assembly; or any public park or playground within the County.

(2) No person shall:
[Added 11-5-2008 by Bill No. 2008-18]

(a) Wear, carry, or transport a concealed air gun, on or about the person;

(b) Wear, carry, or knowingly transport a concealed air gun, in a vehicle traveling on a road or parking lot generally used by the public, highway, waterway, or airway of the County.

C. Applicability of provisions. This section shall not prohibit the owner or tenant of any land from discharging any air gun on his land for the purpose of the protection of his own property or the life of himself or his family or killing predatory animals which prey upon, damage or destroy his property, livestock or crops. This section shall not apply to the discharge of any air gun on any target, trap or skeet range or shooting area which has been inspected and approved, in writing, by the County Commissioners or their duly authorized agent. This section shall not apply to the discharge of any air gun by any person in a private basement or cellar target range.

D. Violations and penalties. Any person who is convicted of a violation of any provision of this section is guilty of a misdemeanor and is subject to a fine of not more than $500.

## Sec. 15-16. Same—Possession on streets, in public buildings, churches, schools, parks and other places of public assembly.

It shall be unlawful for any person, other than a law enforcement officer, qualified retired law enforcement officer as defined by the Federal Law Enforcement Officers Safety Act of 2004 (LEOSA), 18 U.S.C. § 926C, as amended in the future, and on-duty security guards licensed by the Maryland State Police Licensing Division, to have in his or her possession while in, on or within one hundred (100) yards of any public building, church, school, park, or other place of public assembly, or in the streets of the city any weapon as defined in section 15A-1 of this Code, except as permitted by § 4-203(b) of the Criminal Law Article of the Annotated Code of Maryland, as amended in the future, except for teaching of or training in firearms safety, or other educational or sporting use.

(G.O. 1957, sec. 10, § 1; Ord. No. O-5-20, 3-2-20)

## Sec. 15A-1. Definitions.

For the purposes of this chapter, the following words, terms and phrases shall have the meaning given herein:

*Active area.* A public, open space within a city park which has been designed, designated and developed primarily for specific athletic activity, such as but not limited to ball fields, ball courts, playgrounds, nature trails, walking trails and bicycle paths. Activity in an active area may be allowed, under a permit by the city, programmed by the city, or a designated area for unscheduled group athletic activity, but is not an appropriate area for passive recreational purposes which would conflict with the athletic activity.

*Cannabis.* The plant Cannabis Sativa L. and any part of the plant, including all derivatives, extracts, cannabinoids, isomers, acids, salts and salts of isomers, whether growing or not, as well as any synthetic equivalents, with a Delta-9-Tetrahydrocannabinol concentration greater than 0.3 percent on a dry weight basis, whether legally approved for use by the state for use without the need for a prescription or not. The term "cannabis" does not include hemp or hemp products as defined in section 14-101 of the Maryland Agriculture Code Ann., as amended.

*City manager.* The city manager of Gaithersburg or designee.

*Department.* The city of Gaithersburg Department of Parks, Recreation and Culture.

*Designated areas.* Areas marked, separated, or identified by name for a particular purpose.

*Director.* The director of the Gaithersburg Department of Parks, Recreation and Culture.

*Electronic or "e" cigarette.* Any product containing or delivering nicotine or any other substance intended for human consumption that can be used by a person to simulate smoking through inhalation of vapor or aerosol from the product. The term includes any such device, whether manufactured, distributed, marketed, or sold as an e-cigarette, e-cigar, e-pipe, e-hookah, or vape pen, or under any other product name or descriptor.

*Marijuana.* Cannabis of any kind, whether legally approved for use by the state without the need for a prescription or not.

*Park.* Land or water in the city of Gaithersburg the city owns or holds a leasehold or easement interest and which is managed by the city for the use and benefit of the public for recreational purposes and/or the protection or maintenance of wildlife habitats or natural/scenic properties.

*Passive area.* A public, open space within a city park which is dedicated for the use and benefit of the public primarily for passive recreational purposes, such as but not limited to persons sitting on blankets, family and group picnics, and casual gatherings. A passive area does not provide or afford facilities or equipment for exercise, sports, games or play and has not been designated and developed for athletic activities.

*Playground area.* A city-designated outdoor area within a city park that includes playground equipment intended for use by minors as well as the safety fall zone around each item of equipment. Such a safety fall zone may include poured in place surfacing, wood fibers, or another material. Playground areas are delineated by a border or by safety surfacing outlining the perimeter of the area on the ground.

*Public building.* Any building owned, leased or controlled by the city which is open to the public or to which the public could be invited.

*Public property.* All vehicles and equipment owned by the city, and all land, buildings and facilities in the city of which:

(a) The city is owner or lessee, as defined by section 15A-2; or

(b) Which is otherwise under control of the city, including but not limited to parks and public buildings and facilities but not including public ways except when under control of the city during a public event.

*Smoking* or *smoke.* The act of lighting, inhaling, smoking or carrying a lighted or smoldering cigar, cigarette, or pipe of any kind, consisting of tobacco or cannabis of any kind.

*Vaping or vape.* The act of using an electronic or "e" cigarette.

*Weapons.* Any device for use in attack or defense in combat or fighting or which may be used with the intent to inflict damage or harm to any human being, structures, or systems, including:

(1) A firearm, consisting of a handgun, rifle or shotgun, and;

a. Components of a firearm, such as a handgun, rifle or shotgun;

b. Ammunition for a firearm, such as a handgun, rifle or shotgun, consisting of a cartridge, shell or any other device that:

1. Contains explosive or incendiary material design and intended for use in a firearm; and

2. Has a core constructed, excluding traces of other substances, entirely from one or a combination of:

(i) Tungsten alloys;

(ii) Steel;

(iii) Iron;

(iv) Brass;

(v) Beryllium Copper;

(vi) Depleted Uranium; or

(vii) An equivalent material or similar density or hardness.

(2) A nunchaku, consisting of a device constructed of two (2) pieces of any substance, including wood, metal or plastic, connected by any chain, rope, leather or other flexible material not exceeding twenty-four (24) inches in length;

(3) A star knife, consisting of a device which may be thrown, and having several sharp or pointed blades arrayed as radially disposed arms about a central disk;

(4) A dirk knife, bowie knife, switchblade knife, sandclub, blackjack, brass knuckles, metal knuckles or razor; or

(5) Any other dangerous weapon, except unloaded handguns, rifles or shotguns used exclusively for hunting.

(Ord. No. O-4-15, 7-13-15; Ord. No. O-11-16, § 1, 10-17-16; Ord. No. O-6-20, 3-2-20; Ord. No. O-6-23, 10-2-23)

CHAPTER 14.16
# GUN REGULATION

## § 14.16.010. Exemption from County weapons law.

Pursuant to the authority conferred by Article 23A, Section 2B of the Annotated Code of Maryland and by Section 1-203 of the Montgomery County Code, the City exempts itself from the provisions of Chapter 57, Weapons, Section 57-5A, Child Safety Handgun Devices and Handguns, and Section 57-7A, Firearms In or Near Places of Public Assembly, of the Montgomery County Code.
(Ord. 2001-27 § 2(1), 2001)

## § 14.16.020. Definitions.

"Child safety handgun box" means a secure, lockable box designed to hold the handgun being transferred that:

1. Requires a key or combination to remove; and
2. Renders the handgun inaccessible when locked.

"Child safety handgun device" means a child safety handgun lock, child safety handgun box, or integrated mechanical safety device.

"Child safety handgun lock" means a device that when locked in place prevents movement of the trigger of the handgun being transferred without first removing the lock by use of a key or combination. "Child safety handgun lock" also includes any other external device that is:

1. Attached to a handgun with a key or combination lock; and
2. Designed to prevent a handgun from being discharged unless the device has been deactivated or removed.

"Gun" or "firearm" means a handgun, rifle, shotgun, short-barreled rifle, short-barreled shotgun, or any other firearm, whether loaded or unloaded, except it does not include an antique firearm.

1. "Antique firearm" means:
    a. Any firearm (including any firearm with a matchlock, flintlock, percussion cap, or similar type of ignition system) manufactured in or before 1898; and
    b. Any replica of any firearm described in subparagraph (a), if such replica:
        i. Is not designed or redesigned for using rimfire or conventional centerfire fixed ammunition, or
        ii. Uses rimfire or conventional centerfire fixed ammunition which is no longer manufactured in the United States and which is not readily available in the ordinary channels of commercial trade.
2. "Handgun" means any pistol, revolver, or other firearm capable of being concealed

Downloaded from https://ecode360.com/TA0788 on 2026-09-07

on the person, including a short-barreled shotgun and a short-barreled rifle. "Handgun" does not include a shotgun, rifle, or antique firearm.

3. "Rifle" means a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of the explosive in a fixed metallic cartridge to fire only a single projectile through a rifle bore for each single pull of the trigger.

4. "Short-barreled rifle" means a rifle having one or more barrels less than 16" in length and any weapon made from a rifle (whether by alteration, modification or otherwise) if such weapon as modified has an overall length of less than 26".

5. "Short-barreled shotgun" means a shotgun having one or more barrels less than 18" in length and any weapon made from a shotgun (whether by alteration, modification or otherwise) if such weapon as modified has an overall length of less than 26".

6. "Shotgun" means a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of the explosive in a fixed shotgun shell to fire through a smooth bore either a number of ball shot or a single projectile for each single pull of the trigger.

"Integrated mechanical safety device" means a disabling or locking device that is built into a handgun and is designed to prevent the handgun from being discharged unless the device has been deactivated.

"Law enforcement officer" means:

1. A duly appointed member of a police force or other agency of the United States, of a State or the District of Columbia, or of a County, municipality, or other political subdivision, who is responsible for the prevention and detection of crime and the enforcement of the laws of the United States, a State or the District of Columbia, or a County, municipality, or other political subdivision;

2. Any military or militia personnel directed by the appropriate authority to keep law and order.

"Minor" means an individual younger than 18 years old.

"Place of public assembly" means:

1. A place to which the general public has access and a right to resort for business, entertainment, or other lawful purpose, but is not limited to a place devoted solely to the uses of the public.

2. A place of public assembly includes, but is not limited to:

    a. A public park or other public grounds;

    b. A place of worship;

    c. A school;

    d. A public building, including its grounds and curtilage;

Downloaded from https://ecode360.com/TA0788 on 2026-09-07

e. The front or immediate area or parking lot of any store, shop, restaurant, tavern, shopping center, or other place of business; and

f. A public parking lot.

3. A place of public assembly includes all property associated with the place and located within 100 yards of the place.

(Ord. 2001-27 § 2(2), 2001)

**§ 14.16.030. Discharge of firearms prohibited.**

A. No person shall discharge a firearm in the City.

B. This section does not apply to:

1. The discharge of a firearm by a law enforcement officer acting in the proper performance of his or her official duties;

2. The discharge of a firearm where necessary to protect life or property or to kill any dangerous threatening animal;

3. The discharge of a firearm by any person in a private basement or cellar target range;

4. The discharge of blank ammunition in musical and theatrical performances, parades, historical reenactments, or sporting events;

5. The firing of salutes by firing squads at military funerals; or

6. The discharge of firearms at any target, trap, skeet or shooting range which has been inspected and approved in writing by the Montgomery County Range Approval Committee and/or by any other licensing or approval authority having jurisdiction over such range.

(Ord. 2001-27 § 2(3), 2001)

**§ 14.16.040. Child safety handgun devices.**

A. Findings. The unintentional discharge of handguns often causes accidental death or injury to children. Additional safeguards are needed to protect children from injury or death from the unintentional discharge of loaded and unlocked handguns. Requiring all handguns in the City to have and use handgun safety devices can prevent unintentional injuries and fatalities to children.

B. It is unlawful for any person, other than a law enforcement officer, to carry, transport or keep a handgun in the City without a child safety handgun device installed on the handgun.

(Ord. 2001-27 § 2(4), 2001)

**§ 14.16.050. Prohibition of firearms in residences that run programs for minors.**

A. Except as provided in this section, no person shall use, carry, transport, keep or

Downloaded from https://ecode360.com/TA0788 on 2026-09-07

leave any firearm in any location where the person knows or reasonably should know that a minor could gain access to the firearm in a residence that is used for programs or activities primarily serving minors during the times in which such activities or programs meet. "Programs or activities primarily serving minors" include day care, child care, recreation programs, sports programs, day camps, club meetings, tutoring programs, and other organized and regular educational activities.

B. This section does not:

1. Prohibit the teaching of firearms safety training for educational purposes in the areas described in subsection (A) of this section;

2. Prohibit historic demonstrations using weapons or replicas of weapons for educational purposes in the areas described in subsection (A) of this section;

3. Apply to a law enforcement officer or to a security guard licensed to carry a firearm when the law enforcement officer or security guard is in the course of his or her employment or duty or is traveling to or from the place of employment or duty;

4. Apply to an unloaded firearm in a locked case or in a child safety handgun box; or

5. Apply to activities serving only the person's own minor child or children in the person's own residence, such as babysitting of the child or home schooling.

(Ord. 2001-27 § 2(5), 2001)

**§ 14.16.060. Prohibition of firearms in places of public assembly.**

A. A person must not purchase, sell, transfer, possess, or transport firearms or ammunition or components for firearms in a place of public assembly.

B. This section does not:

1. Prohibit the teaching of firearms safety training or other educational use in a place of public assembly;

2. Apply to a law enforcement officer;

3. Apply to a security guard licensed to carry a firearm when the security guard is in the course of his or her employment or is traveling to or from the place of employment;

4. Apply to the possession of firearms or ammunition in a person's own home;

5. Apply to the possession of one firearm, and ammunition for the firearm at a business by either the owner or an authorized employee of the business;

6. Apply to the possession of a handgun by a person who has received a permit to carry the handgun under State law; or

7. Apply to separate ammunition or an unloaded firearm:

Downloaded from https://ecode360.com/TA0788 on 2026-09-07

a. Transported in an enclosed case or in a locked firearms rack on a motor vehicle; or

b. Being surrendered in connection with a gun turn-in or similar program approved by a law enforcement agency.

(Ord. 2001-27 § 2(6), 2001)

**§ 14.16.070. Penalty.**

Any violation of this chapter is a Class A misdemeanor offense, and on conviction is subject to a fine of $1,000.00 or a term of imprisonment of not more than 180 days, or both.
(Ord. 2001-27 § 2(7), 2001)

Downloaded from https://ecode360.com/TA0788 on 2026-09-07