IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SILVER SPRING JEWISH CENTER, INC. et al. | : | |
| v. | : | Civil Action No. DKC 26-2963 |
| MONTGOMERY COUNTY, MARYLAND, et al. | : | |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 10th day of September, 2026, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion filed by Plaintiffs for a temporary restraining order or preliminary injunction (ECF No. 5) BE, and the same hereby IS, GRANTED in part as follows:

2. Montgomery County, Maryland, Marc Elrich, and Marc R. Yamada, together with their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order, ARE PRELIMINARILY ENJOINED from enforcing Montgomery County Code §§ 57-1 and 57-11(a)(1) against Plaintiffs Silver Spring Jewish Center, Inc. and Rabbi J. Menashe Shapiro, to the extent that those provisions prohibit Plaintiffs from selling,

transferring, possessing, or transporting a handgun in THEIR respective places of worship;

3. The requirement of security is WAIVED; and

4. The clerk will transmit copies of the Memorandum Opinion and this Order to Plaintiff Rabbi J. Menashe Shapiro and to counsel for the parties.

/s/

DEBORAH K. CHASANOW
United States District Judge