**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| Silver Spring Jewish Center, Inc., et al. | ) | |
| | ) | |
| *Plaintiffs*, | ) | Civil Action No. 8:26-cv-02963-DKC |
| | ) | |
| v. | ) | |
| | ) | |
| Montgomery County, Maryland, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Amend Judgment, or in the Alternative, for Injunction Pending Appeal, and the record herein, it is, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiffs' Motion is GRANTED as follows:

2. Montgomery County, Maryland, Marc Elrich, and Darren Francke, together with their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order, ARE PRELIMIARILY ENJOINED from enforcing Montgomery Code §§ 57-11(a)(1) against Plaintiff Silver Spring Jewish Center's members, and against Plaintiff Rabbi J. Menashe Shapiro, to the extent that those provisions prohibit them from possessing or transporting a handgun while walking between their respective homes and their synagogue;

3. The requirement of security is WAIVED; and

4. The clerk will transmit copies of this Order to Plaintiff Rabbi J. Menashe Shapiro and to counsel for the parties.

DEBORAH K. CHASANOW
United States District Judge