**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Silver Spring
Jewish Center, Inc., et al., *

**Plaintiff,**

*

**v.** **Case No.** 8:26-cv-02962

Montgomery County,
Maryland, et al., *

**Defendant.** *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Silver Spring Jewish Center, Inc.,

I certify that I am admitted to practice in this Court.

9/24/2026
Date

Signature

Eric Baxter, 15640
Printed name and bar number

1919 Pensylvania Ave. NW,
Suite 400
Washington, DC 20006
Address

ebaxter@becketfund.org
Email address

(202) 955-0095
Telephone number

N/A
Fax number