# EXHIBIT 10

# A DIGEST

OF THE

# LAWS AND ORDINANCES

FOR THE GOVERNMENT OF THE MUNICIPAL CORPORATION OF THE

# CITY OF READING, PENNSYLVANIA,

IN FORCE APRIL 1, 1897.




[PUBLISHED BY AUTHORITY OF THE CITY COUNCILS.]

COMPILED BY LOUIS RICHARDS.

READING, PA.:
EAGLE BOOK PRINT, 542 PENN STREET.
1897.

Digitized by Google

law authorizing cities of this commonwealth to acquire by purchase, or otherwise, private property for public park purposes.[1] 2 April 1896.

15. That the Mount Penn Gravity Railroad Company be and is hereby granted the right to occupy a portion of the northeast section of Penn's Common with their railroad and station appurtenances, and also the right to cross the Mineral Spring property of the city of Reading with their railroad track. 7 May 1889 § 1. J. 1889-90, App. 266. Right of way granted to Mount Penn Gravity R. R. Company.

16. That the right to occupy Penn's Common is granted subject to the control and management of the common commissioners, and the right to cross the Mineral Spring property is granted subject to the control and management of the water commissioners. Id. § 2. Conditions.

17. That the rights herein are granted to the said railroad company for the purpose of constructing, maintaining and operating a gravity railroad, and shall continue during the corporate existence of the said company. Id. § 3. Purpose.

18. The employees of the water and park departments shall and are hereby directed to be paid semi-monthly, by pay roll, to be approved by the proper departments or committees; said pay roll to contain name of person, kind and time of service, rate per day, amount due, and a receipt to be signed by the person receiving the amount set opposite his name, and shall be prepared and certified by the superintendent of each of said departments to the city clerk and city controller. 5 Feb. 1894 § 2. J. 1893-94, App. 632. Mode of payment of employees of park and water departments. Pay rolls to be certified by superintendent.

19. Upon presentation to the city clerk of pay rolls properly certified and approved as beforementioned, the city clerk shall and he is hereby directed to draw warrants as follows: * * * * * * For the park department, "to the order of the superintendent." Id. § 3. How warrants to be drawn and moneys disbursed.

Said officials to dispose of the money in the manner indicated on the pay roll, and to be responsible for the proper disbursement of the same.[2]

### II. Park Rules and Regulations.

20. That the following rules and regulations be and are hereby established as the rules and regulations for the government and protection of Penn's Common, viz.: 30 Dec. 1887 § 1. J. 1887-88, App. 339.

(1) No person shall drive or ride in Penn's Common at a rate exceeding seven miles an hour. Limit of speed.

(2) No one shall ride or drive therein, upon any part of the common, than upon the avenues and roads. Driving confined to roads.

(3) No vehicle of burden or traffic shall pass through the common. Vehicles of burden.

(4) No person shall enter or leave the common except by such gates or avenues as may be for such purposes arranged. Entrance and exit.

(5) No coach or vehicle used for hire shall stand upon any part of the common for the purposes of hire. Coaches for hire.

(6) No person shall indulge in any threatening, abusive, insulting or indecent language in the common. Threatening language, etc.

[1] See the ordinance of October 1, 1889 (Jour. 1889-90, App. 294), forever exempting from being paved a triangular piece of ground at the intersection of Centre Avenue, Third and Windsor Streets, 106 feet on Third and 51 feet on Windsor Street, deeded by the owners to citizens of the vicinity for conversion into a park: "*Provided*, That it be sodded and laid out with walks of proper width, and that it be improved and beautified and kept as a park."

[2] By the resolution of May 14, 1889, the common commissioners were requested to see that all persons employed at the park are residents and taxpayers of the city, and to give such as are willing to earn off their taxes preference when they apply for work. Jour. 1889-90, App. 333.

Digitized by Google

30 Dec. 1887. Gaming and obscenity.

(7) No person shall engage in any gaming, nor commit any obscene or indecent act in the common.

Firearms, etc.

(8) No person shall carry firearms, or shoot in the common, or within fifty yards thereof, or throw stones or other missiles therein.

Disturbance of fish, birds or animals.

(9) No person shall disturb the fish or water fowl in the pool or pond, or birds in any part of the common, or annoy, strike, injure, maim or kill any animal kept by direction of the commissioners, either running at large or confined in a close, nor discharge any fireworks, nor affix any bills or notices therein.

Fireworks. Placards.

Injury to trees, shrubbery, statuary, etc.

(10) No person shall cut, break, or in any wise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, structures or statuary, or foul any fountains or springs within the common.

Dead animals, etc.

(11) No person shall throw any dead animal or offensive matter or substance of any kind within the boundaries of Penn's Common.

Animals at large.

(12) No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the common. Nor shall they be permitted in or around the common, unless accompanied by the owner; and whether accompanied by the owner or not, if any of said animals are found running at large in and about the said common, it shall be lawful for, and the park watchman or any of his assistants shall have full power and authority to impound them, or any of them, and if the said animals or any of them are not called for by their respective owners within forty-eight hours after the impounding of the same, it shall be lawful for the city authorities to sell and dispose of the said animals or kill the same.[1]

Impounding and disposition of estrays.

Tearing down notices.

(13) No person shall injure, deface or destroy any notices, rules or regulations for the government of the common, posted or in any other manner permanently fixed by order or permission of the commissioners of Penn's Common, within the limits of the same.

Leading of horses.

(14) No person shall be permitted to bring or lead horses within the limits of Penn's Common, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.

Fakirs.

(15) No person shall expose any article for sale within the common, without the previous license of the commissioners.

Musical entertainments, etc. Parades or funeral processions.

(16) No person shall have any musical, theatrical or other entertainment therein, nor shall any military or other parade or procession, or funeral, take place in or pass through the limits of the common, without the license of the common commissioners.

Public meetings.

(17) No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the common without the previous permission of the commissioners.

Games of sport.

(18) No person shall engage in any play at base ball, cricket, shinney, foot ball, croquet, or at any other games with ball and bat, nor shall [any] foot race or horse race be permitted within the limits of the common, except on such grounds only as shall be specially designated for such purpose.

[1] This rule amended as above by ordinance of June 26, 1895, Jour. 1895-96, App. 549.

Digitized by Google

21. Any person who shall violate any of said rules and regulations shall be guilty of a misdemeanor, and for each and every such offence shall pay the sum of five dollars, to be recovered before any alderman of the city of Reading, with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid, which fines shall be paid into the city treasury for common purposes.[1] 30 Dec. 1887 § 2. Penalty.

[1] These rules are supplemented by a series of additional regulations adopted by the board of park commissioners, June 14, 1895, prescribing the duties of the superintendent, gardener and park police.

# Clerks of Councils.

1. Election of clerk of select council.
2. Term.
3. Duties.
4. Salary.
5. Repeal.
6. Duties of clerk of common council.

1. That the office of clerk of select council be and the same is hereby established. Said clerk of select council to be elected on the day fixed for the organization of council, or as soon thereafter as practicable; a majority of the votes cast shall be necessary for an election. 9 Mar. 1891 § 1. J. 1890-91, App. 352. Election of clerk of select council.

2. The term of office of the said clerk shall be one year, or until his successor shall have been duly elected and qualified. Id. § 2. Term.

3. That it shall be the duty of the said clerk to keep a regular and accurate journal of the acts and proceedings of the said branch and prepare the same for printing, together with a calendar of unfinished business at each stated meeting; he shall also act as clerk of councils in joint convention. Id. § 3. Duties.

4. That the salary of the clerk of select council shall be three hundred dollars per annum, payable as the salaries of other city officials are payable.[1] Id. § 4. Salary.

5. That the ordinance, entitled "An ordinance defining the duties and fixing the bond and salary of the clerk of select council," approved by the mayor December 24th, 1875, and any other ordinance or ordinances, or part of ordinance or ordinances conflicting with the provisions of this ordinance, be and the same are hereby repealed so far as the same affects this ordinance. Id. § 5. Repeal.

6. It shall be the duty of the clerk of the common council to keep a regular and accurate journal of the proceedings of said branch and prepare the same for printing, together with a calendar of unfinished business at each stated meeting.[2] 31 Dec. 1875 § 1. J. 1875-76, App. 247. Duties of clerk of common council.

[1] By Section 4 of the act of March 21, 1865, creating the Reading Water Board (*ante*, p. 186), the clerk of select council is *ex-officio* secretary of that body. His annual salary in that capacity is three hundred and sixty dollars.

[2] The annual salary of the clerk of common council remains at two hundred and fifty dollars, as fixed by the salary ordinance of February 17, 1877, (Jour. 1876-77, App. 183), those of all other officers therein named having been changed by subsequent legislation.

Digitized by Google