**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SILVER SPRING JEWISH CENTER, INC., *et al.*, | : | |
| Plaintiffs, | : | Case No.: 8:26-cv-02963-DKC |
| v. | : | |
| MONTGOMERY COUNTY, MARYLAND, *et al.* | : | |
| Defendants. | : | |

**ORDER**

UPON CONSIDERATION OF Plaintiffs' Motion to Amend Judgment or, in the Alternative, for Injunction Pending Appeal (ECF 39), Defendants, Montgomery County, Maryland, Marc Elrich, and Darren Francke's Opposition, and any reply thereto, any hearing thereon, and the entire record herein, it is this _______ day of _______________________, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED, that the Motion to Amend Judgment or, in the Alternative, for Injunction Pending Appeal is DENIED.

______________________________________
The Honorable Deborah K. Chasanow
U.S. District Court for the District of Maryland