**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SILVER SPRING JEWISH CENTER, INC., *et al.*, | : | |
| Plaintiffs, | : | Case No.: 8:26-cv-02963-DKC |
| v. | : | |
| MONTGOMERY COUNTY, MARYLAND, *et al.* | : | |
| Defendants. | : | |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND JUDGMENT OR, IN THE ALTERNATIVE, FOR INJUNCTION PENDING APPEAL**

Defendants, Montgomery County, Maryland (the "County"), Marc Elrich, in his official capacity as County Executive of Montgomery County ("County Executive"), and Darren Francke, in his official capacity as Chief of Police of Montgomery County ("Chief of Police"), by and through undersigned counsel, respectfully request that this Court deny Plaintiffs' Motion to Amend Judgment or, in the Alternative, for Injunction Pending Appeal (ECF 39). Plaintiffs do not demonstrate any clear error of law that can or should be corrected, and otherwise do not demonstrate any ground for this Court to amend its well-reasoned Memorandum Opinion and Order (ECF 35). Plaintiffs cannot meet their burden of demonstrating a clear likelihood of success on the merits of any of their claims, and they are not entitled to the extraordinary relief they seek. The grounds for this Opposition, including supporting legal authority, are set forth in the accompanying Memorandum of Law. Accordingly, the Motion should be denied.

Respectfully submitted,

JOHN P. MARKOVS
COUNTY ATTORNEY

By: /s/ Jeffrey M. Schwaber
Jeffrey M. Schwaber (Bar ID #06095)
jschwaber@steinsperling.com
(301) 354-8110 (facsimile)
Deanna L. Peters (Bar ID #15674)
dpeters@steinsperling.com
(301) 354-8131 (facsimile)
STEIN SPERLING BENNETT
DE JONG DRISCOLL PC
1101 Wootton Parkway, Suite 700
Rockville, Maryland 20852
(301) 340-2020

and

/s/ Erin J. Ashbarry
Erin J. Ashbarry (Bar ID #26298)
Chief, Division of Government Operations
erin.ashbarry@montgomerycountymd.gov
Office of the County Attorney
101 Monroe Street, Third Floor
Rockville, Maryland 20850
Tel: (240) 777-6700
Fax: (240) 777-6705

*Attorneys for Defendants, Montgomery County, Maryland, Marc Elrich, & Darren Francke*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of October, 2026, a copy of the foregoing was sent to all counsel of record via CM/ECF.

/s/ Jeffrey M. Schwaber
Jeffrey M. Schwaber (Bar ID #06095)