**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| Silver Spring Jewish Center, Inc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 8:26-cv-02963-DKC |
| | ) | |
| v. | ) | |
| | ) | |
| Montgomery County, Maryland, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR VOLUNTARY DISMISSAL OF OFFICIAL-CAPACITY DEFENDANTS WITHOUT PREJUDICE**

Plaintiffs Silver Spring Jewish Center, Inc. and Rabbi J. Menashe Shapiro and Defendants Montgomery County, Maryland (the “County”), Marc Elrich, in his official capacity as County Executive of Montgomery County (the “County Executive”), and Darren Francke, in his official capacity as Chief of Police of Montgomery County (the “Chief of Police”), jointly move under Federal Rules of Civil Procedure 21 and 41(a)(2) for an order dismissing without prejudice Plaintiffs’ claims against the County Executive and the Chief of Police, who are sued in their official capacities only.

Because the County is itself a defendant, Plaintiffs’ official-capacity claims against the County Executive and the Chief of Police duplicate their claims against the County. The County will remain a defendant, and the parties agree that the Court’s preliminary injunction (ECF No. 36) will remain in place. The grounds for this motion are set forth in the accompanying memorandum, and a proposed order is attached.

Accordingly, the parties respectfully ask the Court to grant this motion and enter the proposed order.

Dated: November 6, 2026

Respectfully submitted,

Eric S. Baxter (Bar No. 15640)
Daniel L. Chen (pro hac vice)
Benjamin A. Fleshman (admission pending)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., NW
Suite 400
Washington, DC 20006

*/s/ Jacob Huebert*

Andrew J. Morris (Bar No. 22945)
Jacob Huebert (pro hac vice)
New Civil Liberties Alliance
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22204
(202) 869-5210
andrew.morris@ncla.legal
jacob.huebert@ncla.legal

Attorneys for Plaintiff Silver Spring Jewish Center

*/s/ Rabbi J. Menashe Shapiro*

Rabbi J. Menashe Shapiro
805 Whittington Terrace
Silver Spring, Maryland 20901
T: (216) 645-2094
F: (216) 831-3736
RabbiMenasheShapiro@gmail.com

Pro Se Plaintiff

and

JOHN P. MARKOVS
COUNTY ATTORNEY

By:

/s/ Deanna L. Peters
Jeffrey M. Schwaber (Bar ID #06095)
jschwaber@steinsperling.com
(301) 354-8110 (facsimile)
Deanna L. Peters (Bar ID #15674)
dpeters@steinsperling.com
(301) 354-8131 (facsimile)
STEIN SPERLING BENNETT
DE JONG DRISCOLL PC
1101 Wootton Parkway, Suite 700
Rockville, Maryland 20852
(301) 340-2020

/s/ Erin J. Ashbarry
Erin J. Ashbarry (Bar ID #26298)
Chief, Division of Government Operations
erin.ashbarry@montgomerycountymd.gov
Office of the County Attorney
101 Monroe Street, Third Floor
Rockville, Maryland 20850
Tel: (240) 777-6700
Fax: (240) 777-6705

Attorneys for Defendants Montgomery County, Maryland, Marc Elrich, and Darren Francke