**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| Silver Spring Jewish Center, Inc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 8:26-cv-02963-DKC |
| | ) | |
| v. | ) | |
| | ) | |
| Montgomery County, Maryland, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION**
**FOR VOLUNTARY DISMISSAL OF OFFICIAL-CAPACITY**
**DEFENDANTS WITHOUT PREJUDICE**

Plaintiffs Silver Spring Jewish Center, Inc. and Rabbi J. Menashe Shapiro and Defendants Montgomery County, Maryland (the "County"), Marc Elrich, in his official capacity as County Executive of Montgomery County (the "County Executive"), and Darren Francke, in his official capacity as Chief of Police of Montgomery County (the "Chief of Police"), submit this memorandum in support of their Joint Motion for Voluntary Dismissal of Official-Capacity Defendants Without Prejudice.

**BACKGROUND**

The Complaint names as defendants the County; the County Executive and the Chief of Police, each "sued in his official capacity only"; and the State's Attorney for Montgomery County, also in his official capacity. Compl. ¶¶ 10–13, ECF No. 1. On August 24, 2026, the County, the County Executive, and the Chief of Police (together, the "County Defendants") answered the Complaint. ECF No. 23. The same day, Plaintiffs voluntarily dismissed their claims against the

State's Attorney. ECF No. 25. On September 10, 2026, the Court granted in part Plaintiffs' motion for a preliminary injunction. Mem. Op., ECF No. 35; Order, ECF No. 36.

## ARGUMENT

Official-capacity suits "generally represent only another way of pleading an action against an entity of which an officer is an agent." *Kentucky v. Graham*, 473 U.S. 159, 165–66 (1985) (quoting *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 690 n.55 (1978)). Because local governments may be sued directly under § 1983 for damages and for injunctive or declaratory relief, "[t]here is no longer a need to bring official-capacity actions against local government officials." *Id.* at 167 n.14. Accordingly, where a plaintiff sues both a local government and its officials in their official capacities, the claim against each official "is essentially a claim against the [entity] and thus should be dismissed as duplicative." *Love-Lane v. Martin*, 355 F.3d 766, 783 (4th Cir. 2004); *see Centro Tepeyac v. Montgomery County*, 779 F. Supp. 2d 456, 461 (D. Md. 2011), *aff'd*, 722 F.3d 184 (4th Cir. 2013) (en banc). Here, Plaintiffs sued the County Executive and the Chief of Police in their official capacities only, Compl. ¶¶ 11–12, and the County remains a defendant.

Because the County Defendants have answered, Plaintiffs may no longer dismiss claims by notice. Fed. R. Civ. P. 41(a)(1)(A)(i). But the Court may dismiss them by order "on terms that the court considers proper," Fed. R. Civ. P. 41(a)(2), and may "at any time, on just terms, . . . drop a party," Fed. R. Civ. P. 21. The parties ask the Court to dismiss the County Executive and the Chief of Police without prejudice. The dismissal does not affect the Court's preliminary injunction (ECF No. 36), which the parties agree remains in full force and effect.

## CONCLUSION

For these reasons, the parties respectfully ask the Court to grant their Joint Motion and enter the proposed order.

Dated: November 6, 2026

Respectfully submitted,

/s/ Jacob Huebert
Andrew J. Morris (Bar No. 22945)
Jacob Huebert (pro hac vice)
New Civil Liberties Alliance
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22204
(202) 869-5210
andrew.morris@ncla.legal
jacob.huebert@ncla.legal

Attorneys for Plaintiff Silver Spring Jewish Center

/s/ Rabbi J. Menashe Shapiro
Rabbi J. Menashe Shapiro
805 Whittington Terrace
Silver Spring, Maryland 20901
T: (216) 645-2094
F: (216) 831-3736
RabbiMenasheShapiro@gmail.com

Pro Se Plaintiff

and

Eric S. Baxter (Bar No. 15640)
Daniel L. Chen (pro hac vice)
Benjamin A. Fleshman (admission pending)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., NW
Suite 400
Washington, DC 20006

JOHN P. MARKOVS
COUNTY ATTORNEY

By:

/s/ Deanna L. Peters
Jeffrey M. Schwaber (Bar ID #06095)
jschwaber@steinsperling.com
(301) 354-8110 (facsimile)
Deanna L. Peters (Bar ID #15674)
dpeters@steinsperling.com
(301) 354-8131 (facsimile)
STEIN SPERLING BENNETT
DE JONG DRISCOLL PC
1101 Wootton Parkway, Suite 700
Rockville, Maryland 20852
(301) 340-2020

/s/ Erin J. Ashbarry
Erin J. Ashbarry (Bar ID #26298)
Chief, Division of Government Operations
erin.ashbarry@montgomerycountymd.gov
Office of the County Attorney
101 Monroe Street, Third Floor
Rockville, Maryland 20850
Tel: (240) 777-6700
Fax: (240) 777-6705

Attorneys for Defendants Montgomery County, Maryland, Marc Elrich, and Darren Francke