**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SILVER SPRING JEWISH CENTER, INC., et al. | : | |
| | : | |
| v. | : | Civil Action No. DKC 26-2963 |
| | : | |
| MONTGOMERY COUNTY, MARYLAND, et al. | : | |

**[PROPOSED] ORDER**

Upon consideration of the Joint Motion for Voluntary Dismissal of Official-Capacity Defendants Without Prejudice, it is this ____ day of __________________, 2026, by the United States District Court for the District of Maryland, ORDERED that:

1. The Joint Motion for Voluntary Dismissal of Official-Capacity Defendants Without Prejudice (ECF No. ___) BE, and the same hereby IS, GRANTED;

2. All claims against Defendants Marc Elrich, in his official capacity as County Executive of Montgomery County, and Darren Francke, in his official capacity as Chief of Police of Montgomery County are hereby DISMISSED WITHOUT PREJUDICE. Defendant Montgomery County, Maryland remains a party to this action;

3. The Court's Order of September 10, 2026 (ECF No. 36) granting in part Plaintiffs' motion for a preliminary injunction remains in full force and effect; and

4. The clerk will transmit copies of this Order to Plaintiff Rabbi J. Menashe Shapiro and to counsel for the parties and will terminate Marc Elrich and Darren Francke as parties to this action.

______________________________________
DEBORAH K. CHASANOW
United States District Judge