IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| Silver Spring Jewish Center, Inc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 8:26-cv-02963-DKC |
| | ) | |
| v. | ) | |
| | ) | |
| Montgomery County, Maryland, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Silver Spring Jewish Center, Inc. and Rabbi J. Menashe Shapiro appeal to the United States Court of Appeals for the Fourth Circuit from:

1. the Court's Order entered September 10, 2026 (ECF No. 36), and the accompanying Memorandum Opinion (ECF No. 35), insofar as the Order denied in part Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction (ECF No. 5); and

2. the Court's Order entered October 27, 2026 (ECF No. 49), and the accompanying Memorandum Opinion (ECF No. 48), denying Plaintiffs' Motion to Alter or Amend Judgment or, in the Alternative, for Injunction Pending Appeal (ECF No. 39).

The Court of Appeals has jurisdiction under 28 U.S.C. § 1292(a)(1).

Dated: November 6, 2026

Respectfully submitted,

/s/ Jacob Huebert
Andrew J. Morris (Bar No. 22945)
Jacob Huebert (pro hac vice)
New Civil Liberties Alliance
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22204
(202) 869-5210
andrew.morris@ncla.legal
jacob.huebert@ncla.legal

Eric S. Baxter (Bar No. 15640)
Daniel L. Chen (pro hac vice)
Benjamin A. Fleshman (admission pending)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., NW
Suite 400
Washington, DC 20006

Attorneys for Plaintiff Silver Spring Jewish Center

/s/ J. Menashe Shapiro
Rabbi J. Menashe Shapiro
805 Whittington Terrace
Silver Spring, Maryland 20901
T: (216) 645-2094
F: (216) 831-3736
RabbiMenasheShapiro@gmail.com

Pro Se Plaintiff