IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SILVER SPRING JEWISH CENTER, et al. | : | |
| v. | : | Civil Action No. DKC 26-2963 |
| MONTGOMERY COUNTY, MARYLAND, et al. | : | |

**ORDER**

Upon consideration of the Joint Motion for Voluntary Dismissal of Official-Capacity Defendants Without Prejudice, it is this 7th day of November, 2026, by the United States District Court for the District of Maryland, ORDERED that:

1. The Joint Motion for Voluntary Dismissal of Official-Capacity Defendants Without Prejudice, (ECF No. 50), BE, and the same hereby IS, GRANTED;

2. All claims against Defendants Marc Elrich, in his official capacity as County Executive of Montgomery County, and Darren Francke,[1] in his official capacity as Acting Chief of Police of Montgomery County, are hereby DISMISSED WITHOUT PREJUDICE. Defendant Montgomery County, Maryland remains a party to this action;

---

[1] Darren Francke became the acting Chief of Police on September 18, 2026, when Marc Yamada resigned. Pursuant to Fed.R.Civ.P. 25(d), he is substituted as the proper defendant.

3. The Court's Order of September 10, 2026, (ECF No. 36), granting in part Plaintiffs' motion for a preliminary injunction remains in full force and effect; and

4. The clerk will transmit copies of this Order to Plaintiff Rabbi J. Menashe Shapiro and to counsel for the parties and will terminate Marc Elrich and Darren Francke as parties to this action.

Deborah K. Chasanow

DEBORAH K. CHASANOW
United States District Judge