FILED: November 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2623
(8:26-cv-02963-DKC)

---

SILVER SPRING JEWISH CENTER; RABBI J. MENASHE SHAPIRO

Plaintiffs - Appellants

v.

MONTGOMERY COUNTY, MARYLAND

Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:26-cv-02963-DKC |
| Date notice of appeal filed in originating court: | 11/06/2026 |
| Appellant(s) | Silver Spring Jewish Center |
| Appellate Case Number | 26-2623 |
| Case Manager | R. Sewell<br>804-916-2702 |